UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel David Morales,
    Plaintiff,
    v.
William J. Henderson, United
States Postal Service Postmaster
General, et al.,
    Defendants.

CASE NUMBER: 97-2459 (HL)

| MOTION |
|---|
| Date Filed: 10/6/99   Docket #57   [x] Plffs [] Defts |
| Title: Joint Motion for Enlargement of Time to Conduct Discovery |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Defendant shall inform the Court by February 18, 2000 whether it consents to the transfer of this case to U.S. Magistrate Jesus Castellanos. |

Date 1-24-00

HECTOR M. LAFFITTE
Chief U.S. District Judge



