## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Angel David Morales-Vallellanes,
    Plaintiff,
    V.
United States Postal Service, et al.,
    Defendants.

CASE NUMBER: 97-2459 (HL)

### MOTION

Date Filed: 5/21/99    Docket #52    [x] Plffs  [] Defts
Title: Opposition to Motion to Dismiss Amended Complaint
Opp'n Filed:    Docket #

### ORDER

On or before March 15, 2000, Plaintiff shall supplement his opposition by filing the missing page 9 of his motion. Plaintiff inadvertently omitted that page and included page 7 twice.

Date 3-1-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge


