UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel David Morales-Vallellanes,
    Plaintiff,
    V.
Marvin T. Runyon, et al.,
    Defendants.

CASE NUMBER: 97-2459 (HL)

| MOTION |
|---|
| Date Filed: 4/12/00   Docket #66   [x] Plffs  [] Defts<br>Title: Informative Motion and Request for Additional Time<br>Opp'n Filed:   Docket # |
| **ORDER** |
| Moot. |

| MOTION |
|---|
| Date Filed: 4/18/00   Docket #67   [x] Plffs  [] Defts<br>Title: Motion to Strike<br>Opp'n Filed:   Docket # |
| **ORDER** |
| Codefendants American Postal Workers Union and Daniel Soto shall have until May 17, 2000 to file a response. |

Date 5-4-0b    HECTOR M. LAFFITTE
                     Chief U.S. District Judge


