# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Angel David Morales-Vallellanes,
    Plaintiff,
        V.                    **CASE NUMBER:** 97-2459 (HL)
William J. Henderson, et al.,
    Defendants.

## MOTION

**Date Filed: 5/31/00**    **Docket #70**    [x] Plffs  [] Defts
**Title: Motion Requesting Leave to File Reply and Order**
**Opp'n Filed:**    **Docket #**

## ORDER

Plaintiff is granted until June 19, 2000 to file his reply.

## MOTION

**Date Filed: 5/31/00**    **Docket #71**    [x] Plffs  [] Defts
**Title: Motion to Request a Protective Order**
**Opp'n Filed:**    **Docket #**

## ORDER

Defendant shall respond by June 19, 2000.

## MOTION

**Date Filed: 5/31/00**    **Docket # 72**    [] Plffs  [x] Defts
**Title: Motion Submitting Translations**
**Opp'n Filed:**    **Docket #**

## ORDER

Noted.

**Date** 6/14/00        **HECTOR M. LAFFITTE**
                     **Chief U.S. District Judge**



