UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel David Morales Vallellanes,
    Plaintiff,
       V.                                      CASE NUMBER: 97-2459 (HL)
William J. Henderson, et al.,
    Defendants.

| MOTION |
|---|
| Date Filed: 6/22/00   Docket # 76   [x] Plffs  [] Defts<br>Title: Motion Requesting Permission to Correct Plaintiff's Reply to Opposition to Motion to Strike and Request of Sanctions<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. The tendered correction is accepted by the Court. |

Date 6/28/00           HECTOR M. LAFFITTE
                                   Chief U.S. District Judge

