UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

   Plaintiff(s)

       v.                       CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/25/00<br>**Title:** Motion for Entry of Default as to American; Motion for Entry of Default as to Enrique Lopez (Dockets 53 & 54)<br>[x] Plffs  [ ] Defts  [ ] Other | **DENIED.** |
| **Date Filed:** 04/18/00<br>**Title:** Motion to Strike<br>**Docket:** 67<br>[x] Plffs  [ ] Defts  [ ] Other | **DENIED.** |
| **Date Filed:** 03/31/00<br>**Title:** Motion for Leave to File, etc.<br>**Docket:** 65<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: 09/08/00

JAY A. GARCIA-GREGORY
U.S. District Judge