UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED
00 SEP 12 PM 12:59
U.S. CLERK'S OFFICE
SAN JUAN, P.R.*

ANGEL DAVID MORALES-VALLELLANES

   Plaintiff(s)

   v.                             CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/28/00<br>**Title:** Informative Motion Requesting Order<br>**Docket:** 80<br>[x] Plffs  [ ] Defts  [ ] Other | **DENIED.** |
| **Date Filed:** 05/17/00<br>**Title:** Opposition to Motion to Strike and Request of Sanctions<br>**Docket:** 69<br>[ ] Plffs  [x] Defts  [ ] Other | The Court has denied plaintiff's motion to strike (Docket 67). The defendant's request for sanctions is **DENIED.** |
| **Date Filed:** 05/31/00<br>**Title:** Motion to Request a Protective Order<br>**Docket:** 71<br>[x] Plffs  [ ] Defts  [ ] Other | **DENIED.** |

Date: 09/08/00

JAY A. GARCIA-GREGORY
U.S. District Judge