# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED AND FILED
00 OCT -3 AM 7:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ANGEL DAVID MORALES-VALLELLANES

   Plaintiff(s)

   v.                            CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/15/00<br>**Title:** Motion for Leave to File Reply<br>**Docket:** 85<br>[x] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: 09/2?/00

JAY A. GARCIA-GREGORY
U.S. District Judge