UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MORALES-VALLELLANES

   Plaintiff(s)

v.                                    CIVIL NUMBER: 97-2459 (JAG)

US POSTAL SERVICE

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 10/06/99<br>Title: Motion to Request Order to Have Trial Proceedings Before Magistrate Castellanos<br>Docket: 57<br>[x] Plffs   [ ] Defts   [ ] Other | **DENIED.** |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge