UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

**Plaintiff(s)**

v.                                              **CIVIL NUMBER:** 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date Filed:** 10/18/99
**Title:** Motion for Leave to File   **GRANTED.**
         Translations
**Docket:** 90
[x] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: October 25, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge