UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC 13 PM 12 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

ANGEL DAVID MORALES-VALLELLANES

Plaintiff(s)

v.                                   CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 09/12/00<br>Title: Postmaster General's Motion for a Protective Order<br>Docket: 84<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. Plaintiffs have not filed an opposition to the Motion for a Protective Order. Discovery is hereby concluded. It is so ordered. |

| MOTION | ORDER |
|---|---|
| Date Filed: 11/17/00<br>Title: Motion for Default<br>Docket: 92<br>[x] Plffs   [ ] Defts   [ ] Other | DENIED. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

