UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

Plaintiff(s)

v.                                              CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 12/18/00<br>Title: Motion Submitting Translations   **GRANTED.**<br>Docket: 94<br>[x] **Plffs**   [ ] **Defts**   [ ] Other | |

Date:   January 04, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge