IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-
VALLELANES

**Plaintiff(s)**

v.

CIVIL NO. 97-2459 (JAG)

MARVIN T. RUNYON, UNITED
STATES POSTMASTER, ET AL

**Defendant(s)**

## ORDER

Pending before the Court is Docket No. 95. The Court hereby refers this case to U.S. Magistrate Jesús A. Castellanos to conduct the scheduling conference.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of January, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge