IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELANES,

Plaintiff

v.                                      CIVIL NO. 97-2459(JAG)

UNITED STATES POSTAL SERVICE, et al.,

Defendants

## ORDER

The scheduling conference requested by plaintiff is hereby set for <u>February 12, 2001 at 9:30 a.m.</u> However, the parties shall comply with the requirements of Rule 26 of Federal Rule of Civil Procedures that became effective on December 1, 2000. The amendments made to subsections (a) and (f) of said Rule no longer allow a court to opt out of its provisions. Local Rule 311(16) is no longer in effect. The parties are expected to fully comply with the general provisions governing discovery of Rule 26, otherwise, sanctions will have to be imposed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of January, 2001.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)