## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES,

      Plaintiff

      v.              CIVIL NO.  97-2459(JAG)

UNITED STATES POSTAL SERVICE, *et al.*,

      Defendants

## REPORT

    The conference on scheduled for February 12, 2001, was not held.  The only party present was plaintiff represented by Counsel Miguel El. Miranda-Gutiérrez. Counsel Fidel A. Sevillano del Río and Arturo Luciano Delgado were absent without excuse.

    These two attorneys are to show cause in writing as to why sanctions should not be imposed for having failed to appear as ordered.

    The conference is rescheduled for <u>Tuesday, February 27, 2001 at 9:30 a.m.</u>

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of February, 2001.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)