## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



ANGEL DAVID MORALES-VALLELLANES,

Plaintiff(s)

Civil No. 97-2459(JAG)

WILLIAM J. HENDERSON, UNITED STATES
POSTMASTER, et al.,

Defendant(s)

| DESCRIPTION OF MOTION |
|---|
| Date Filed: 02-20-01    Docket No. 115    Title: |
| [ x ] Plaintiff(s)    [ ] Defendant(s)    Informative Motion |

| ORDER |
|---|
| [ ] is GRANTED.              ORDER: |
| [ ] is DENIED. |
| [ ] is MOOT. |
| [ x ] is NOTED. |
| [ ] is OTHER. |

Date:  February 27, 2001

J. Antonio Castellanos
U.S. Magistrate Judge