IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2   ANGEL D. MORALES VALLELLANES,

3           Plaintiff

4              v.                     CIVIL NO. 97-2459(JAG)

5   WILLIAM J. HENDERSON, UNITED STATES POSTAL
    SERVICE, *et al.*,
6

7          Defendants

8

9       **CASE MANAGEMENT AND SETTLEMENT CONFERENCE REPORT**

10       At the Case Management and Settlement Conference held today, the parties were

11   represented by Counsel Miguel Miranda Gutiérrez, Arturo Luciano, and Assistant U.S.

12

13   Attorney Fidel Sevillano-Del-Río.

14       Counsel for the defendants informed that they did not receive the order for the

15   conference set for February 12, 2001.

16       Having heard the parties regarding their absence, the excuses given are accepted.

17

18   No sanctions will be imposed.

19       Attached to this report is the Joint Memorandum requested by this magistrate

20   regarding discovery and pending matters.

21       The transcript of the hearing held before Judge Laffitte on April 14, 1999, is expected

22   to be delivered not later than March 2, 2001.

23       The parties expect that once the transcript is reviewed, the court will be placed in

24

25   better position to understand Judge Laffitte's order of April 14, 1999, regarding the

26   proceedings to be followed in this case. Defendants are of the opinion that said order

AO 72
(Rev 8/82)

Civil No. 97-2459(JAG)                                                Page 2 of 2

should not be interpreted as an opportunity for plaintiff to start with the discovery. Defendants has opposed to any request for the reopening of the discovery in this case.

On the other hand, plaintiff believes that in fact he is entitled to conduct discovery. Nevertheless, it is recommended that all dispositive motions be entertained by the court before any ruling on the discovery issues is entered.

Defendant's counsel for American Postal Workers Union was granted a final extension of ten (10) days to file his opposition to plaintiff's motion of Summary Judgment. The record should reflect that plaintiff's counsel has opposed to this extension and has taken exception to this magistrate's ruling.

In San Juan, Puerto Rico, this 27th day of February, 2001.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)