UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**  DATE: MAY 2, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**  CASE NO. 97-2459 (JAG)

================================================================

ANGEL DAVID MORALES VALLELLANES    Attorneys:

     VS

WILLIAM J. HENDERSON, UNITED
STATES POSTMASTER GENERAL

---

**By Order of the Court the above-mentioned case is hereby set for status conference on TUESDAY, JUNE 12, 2001 AT 3:30 PM BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy


