UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

Plaintiff(s)

v.                    CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/30/01<br>**Title:** Motion Requesting Assignment Docket Number<br>**Docket:** 136<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | The informative motion referred to has been attached as an Exhibit to Docket #136. There is no necessity to assign a docket number at this time. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/30/01<br>**Title:** Motion Requesting Order Compelling Discovery<br>**Docket:** 135<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED.** Plaintiff's counsel shall meet and/or confer with counsel for defendant Post Master General on the request for discovery. |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

