UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: JUNE 12, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2459(JAG)

======================================================================

| ANGEL D. MORALES VALLELANES | Attorneys: MIGUEL MIRANDA |
|---|---|
| VS | |
| UNITED STATES POSTAL SERVICE | FIDEL SEVILLANO<br>ARTURO LUCIANO DELGADO |

Case called for status conference. There is pending a motion to dismiss. Motion for entry of default is hereby denied. Court grants plaintiff until June 29, 2001 to file his sur reply, if needed, to the answer to partial summary judgment.

Parties to be notified.

                                            _____
                                            Lily Alicea-Courtroom Deputy


