# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/26/01<br>**Title:** Motion Requesting Extension of Time<br>**Docket:** 142<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** July 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

