# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

    **Plaintiff(s)**

    v.                      **CIVIL NUMBER:** 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/13/01<br>**Title:** Reply to Opposition to Motion for Partial Summary Judgment<br>**Docket:** 143<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | The request to strike co-defendants' opposition is **denied**. The Court accepts this reply and its incorporation of plaintiff's arguments in his opposition to defendants' motion for summary judgment. |

Date: July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


