## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES
VALLELLANES

**Plaintiff(s)**

v.

WILLIAM J. HENDERSON, UNITED
STATES POSTMASTER GENERAL, et al

**Defendant(s)**

CIVIL NO.   97-2459 (JAG)

## ORDER

On June 12, 2001, the Court held a Status Conference and after hearing the parties, denied

plaintiff's motion for default.  This case, therefore, is returned to Magistrate-Judge Jesús A.

Castellanos for a report and recommendation on the pending dispositive motions filed by plaintiff

(Motion for Partial Summary Judgment) and defendants (Motions to Dismiss).

All discovery is to be stayed pending issuance of the report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge

