# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

    Plaintiff(s)

    v.                            CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/02/01<br>**Title:** Informative Motion<br>**Docket:** 147<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | This Informative Motion is referred to Magistrate-Judge Castellanos for consideration together with the dispositive motions referred for a report and recommendation. |

**Date:** October 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge