UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2459 (JAG)

US POSTAL SERVICE, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/19/01<br>**Title:** By dft Henderson to Vacate [102-4] order<br>**Docket:** 103<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **DENIED** |
| **Date Filed:** 01/22/01<br>**Title:** By dft Soto, et al to Extend Time until 3/20/01 to oppose to mot for partial sum jgm<br>**Docket:** 106<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **MOOT** |
| **Date Filed:** 01/30/01<br>**Title:** By pla Morales-Vallellanes for Sanctions against codfts American Postal Workers Union and Daniel Soto for noncompliance w/court order re: questionnaire<br>**Docket:** 109<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED** |




| | |
|---|---|
| **Date Filed:** 02/05/01<br>**Title:** By pla Morales-Vallellanes requesting order against codefts American Postal and D. Soto<br>**Docket:** 113<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED** |
| **Date Filed:** 03/05/01<br>**Title:** By pla Morales-Vallellanes to Vacate [121-2] order<br>**Docket:** 124<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED** |
| **Date Filed:** 03/05/01<br>**Title:** By pla Morales-Vallellanes related to the certified transcript fld, #122 and to deny the Postmaster General's mot to vacate order #103.<br>**Docket:** 125<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **MOOT** |
| **Date Filed:** 03/05/01<br>**Title:** By pla Morales-Vallellanes to clarify plff's position in the case management and settlement conf rpt and req for scheduling order<br>**Docket:** 126<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED** |
| **Date Filed:** 03/20/01<br>**Title:** By pla Morales-Vallellanes to request order for American Postal Workers Union and Daniel Soto to notify pltf their opp to partial summ jgm<br>**Docket:** 131-1<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **MOOT** |
| **Date Filed:** 03/20/01<br>**Title:** By pla Morales-Vallellanes to Extend Time for 10 days to file a reply<br>**Docket:** 131-2<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **MOOT** |

| | |
|---|---|
| **Date Filed:** 05/29/01<br>**Title:** By pla Morales-Vallellanes to Compel discovery<br>**Docket:** 139<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED** |
| **Date Filed:** 05/29/01<br>**Title:** By pla Morales-Vallellanes for Sanctions<br>**Docket:** 140<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED** |
| **Date Filed:** 05/29/01<br>**Title:** By pla Morales-Vallellanes to Strike [128-1] opposition response by Daniel Soto, American Postal Work<br>**Docket:** 140-2<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED** |
| **Date Filed:** 09/25/01<br>**Title:** By dft US Dept. of Labor to Continue for 60 days any deadline pending before the Ct<br>**Docket:** 146<br>[] **Plffs**   [ X ] **Defts**   [ ] **Other** | **MOOT** |

**Date:** May 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge