IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




*CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*
*2002 MAY -9 PM 12:11*
*RECEIVED AND FILED*

ANGEL DAVID MORALES VALLELLANES,

Plaintiff(s)

Civil No. 97-2459 (JAG)

WILLIAM J. HENDERSON, UNITED
STATES POSTMASTER GENERAL, et al.,

Defendant(s)

| DESCRIPTION OF MOTION |
|---|

| Date Filed: 5-6-02 | Docket No. 150 | Title: Informative Motion and Order to Request Schedule for a Status Conference |
|---|---|---|
| [X] Plaintiff(s) | [ ] Defendant(s) | |

| ORDER |
|---|

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[X] is OTHER.

ORDER: The dispositive motions are under advisement. Discovery has been stayed. The request for a status conference is denied.

Date: May 7, 2002

J. Antonio Castellanos
U.S. Magistrate Judge

