# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

  Plaintiff(s)

  v.                                CIVIL NUMBER: 97-2459 (JAG)

MARVIN T. RUNYON, ET AL

  Defendant(s)

| MOTION | ORDER |
|---|---|

**Date Filed:** 07/03/02
**Title:** Motion Requesting to Stay the    **GRANTED.**
         Trial Scheduling Order
**Docket:** 157

[x] Plffs    [ ] Defts    [ ] Other

Date: July 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


