IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

    Plaintiff

    v.

UNITED STATES POSTAL SERVICE, et al.

    Defendant

CIVIL NO. 97-2459 (JAG)

## JUDGMENT

In accordance with the Memorandum and Order entered on this date, the Court enters Judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of July 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge