IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
FILE NUMBER 97-2459 (JAG)

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br>Plaintiff,<br><br>v.<br><br>MARVIN T. RUNYON, UNITED STATES POSTMASTER GENERAL; AMERICAN POSTAL WORKERS UNION, PUERTO RICO AREA LOCAL (A.P.W.U.-P.R.A.L.)A.F.L.-C.I.O., DANIEL SOTO, PRESIDENT A.P.W.U.-PRAL; ENRIQUE LOPEZ<br>Defendants | RECEIVED & FILED<br><br>02 AUG 15 PM 2: 35<br><br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br><br>NOTICE OF APPEAL |

Notice is hereby given that **ANGEL DAVID MORALES-VALLELLANES**, plaintiff hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 24th day of July 2002. According to Rule 4(a) (1) (B) of the Rules of Appellate Procedure when as in the above captioned case "the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 5th day of August, 2002.

**I hereby certify** that a true and exact copy of this document has been sent to **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Torre Chardón, Suite 1201, 350 Carlos Chardón St., San Juan, PR 00918, and to **Arturo Luciano Delgado, Esq.**, I.L.A. Office Building, PH Suite, Kennedy Av., San Juan, PR 00920.

> **MIGUEL E. MIRANDA-GUTIERREZ**
> ATTORNEY FOR PLAINTIFF
> PMB 132, 500 Muñoz Rivera Local 15,
> San Juan, Puerto Rico 00918-3349
> TEL: 787-282-0022
> FAX: 787-751-0883
>
> By: _____
> Miguel E. Miranda-Gutierrez
> USDC 203110