UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

Angel David Morales-
Vallellanes

vs.

Marvin T. Runyon et al

CIVIL NO. 97-2459 (JAG)

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
OLD SAN JUAN, PR
2002 SEP 30 AM 10:49

## DESCRIPTION OF MOTION

Date Filed: 9/24/2002   Docket: 164   Title: Motion to file translations

☑ Plaintiff(s)   ☐ Defendant(s)   ☐ Other

## ORDER

☐ Granted   ☐ Moot
☐ Denied   ☑ Noted

9/27/02
Date

Jay A. Garcia-Gregory
U.S. District Judge