IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES,

    **Plaintiff(s)**

    v.                                CIVIL NO. 97-2459 (JAG)

UNITED STATES POSTAL SERVICE, <u>et al.</u>,

    **Defendant(s)**

---

### ORDER

    This case is hereby referred to Magistrate-Judge Gustavo A. Gelpi for pretrial management. Because this case has been pending for over six years, it shall be placed on an expedited calendar for any discovery which may still be necessary and for any dispositive motions on the remaining count of the complaint. The parties are reminded that the First Circuit's opinion remanding the case (Docket No. 168) is very specific about the issues that remain to be decided. In any event, **this case must be ready for trial no later than August 1, 2004.** Furthermore, the court urges the parties to consider giving their consent to proceed before the Magistrate-Judge.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19th day of December 2003.

                                                    JAY A. GARCIA-GREGORY
                                                    United States District Judge