IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

Plaintiff

v.                          CIVIL NO. 97-2459 (JAG)

UNITED STATES POSTAL SERVICE, et. al.

Defendants

## ORDER

A status conference is hereby set for **Friday, January 9, 2004 at 10:00 a.m.** before the undersigned.

**SO ORDERED.**

In San Juan, Puerto Rico this 24th day of December, 2003.

GUSTAVO A. GELPI
United States Magistrate-Judge