IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

Plaintiff

v.

CIVIL NO. 97-2459 (JAG)

UNITED STATES POSTAL SERVICE, et. al.

Defendants

## MINUTES OF PROCEEDINGS AND ORDER

A case management conference was held today before the undersigned. Plaintiff was represented by attorney Miguel E. Miranda Gutiérrez. Defendant, United States Postal Service, was represented by attorney Fidel Sevillano. Attorney Arturo Luciano Delgado represented defendant American Postal Workers Union and Daniel Soto. These defendants, however, are no longer parties to the case pursuant to the First Circuit's opinion.

Accordingly, attorney Luciano Delgado shall no longer need to appear before the Court in this case. The Clerk of Court shall send no further notifications to him.

The Court ordered the parties to meet on or before January 21, 2004 and to agree to and subsequently file a joint discovery plan. Discovery must be completed no later than June 1, 2004. Dispositive motions are to be filed no later than June 25, 2004. A joint pretrial order shall be filed no later than July 1, 2004.

The parties estimate trial should last one (1) week.

A pretrial/settlement conference shall be set prior to trial.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of January, 2004.

GUSTAVO A. GELPI
United States Magistrate-Judge