IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**WILLIAM J. HENDERSON, UNITED STATES POSTMASTER GENERAL, ET AL.,**<br>Defendants. | **CIVIL NO. 97-2459 (JAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

## INFORMATIVE MOTION AND REQUEST FOR AN ORDER TO THE OCCUPATIONAL HEALTH AND SAFETY ADMISTRATION

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. As part of the discovery Plaintiff respectfully request from this Honorable Court to issue an order addressed to the Occupational Health and Safety Administration (OSHA) to provide a certificate copy of the file of all the complaints and investigation of health and safety problems at Caparra Heights Station from 1995 to 1997.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above and schedule a status conference.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 29th day of March 2004.

**I hereby certify** that a true and exact copy of this document has been sent to **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ,ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349
TEL: (787) 282-0022
FAX: (787) 751-0883