IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. HENDERSON, UNITED STATES POSTMASTER GENERAL, ET AL.,<br><br>Defendants. | CIVIL NO. 97-2459 (JAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

## ORDER

It is hereby ordered to the Occupational Health and Safety Administration (OSHA) to provide Plaintiff Angel David Morales-Vallellanes a certified copy of the file pertaining all the complaints; investigation; reports; orders; etc. of health and safety problems at Caparra Heights Station from 1995 to 1997.

Said information shall be sent to Miguel E. Miranda-Gutierrez, Esq. to the following address:

**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349

It is so ordered.

In _____, Puerto Rico this _____ of _____, 2004.

_____
**JUDGE**