IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>Defendants. | CIVIL NO. 97-2459 (JAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

**INFORMATIVE MOTION FOR NOTIFICATION OF DISCOVERY**

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On March 24, 2004 in accordance to Rule 33 of the Rules of Civil Procedure Plaintiff notified Defendant United States Postal Service (USPS) through Assistant US Attorney Fidel A. Sevillano a **First Set of Interrogatories**. (See Exhibit I)

2. Also, on March 30, 2004 in accordance to Rule 34 of the Rules of Civil Procedure Plaintiff notified Defendant United States Postal Service (USPS) through Assistant US Attorney Fidel Sevillano-Del Río a **Request of Production of Documents**. (See Exhibit II)

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above information.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on April 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349
TEL: (787) 282-0022
FAX: (787) 751-0883