# MIGUEL E. MIRANDA GUTIÉRREZ
### ATTORNEY AT LAW

PMB 132, 500 MUÑOZ RIVERA, LOCAL 15, SAN JUAN, PR 00918-3349
787-282-0022   FAX 787-751-0883

March 18, 2004

**BY HAND**

Fidel Sevillano del Río, Esq.
US Assistant Attorney
Torre Chardón Building
Floor 12, office 1201
Hato Rey, PR

Re: Notification of First Set of Interrogatories by Plaintiff Angel David Morales-Vallellanes

Dear Mr. Sevillano,

Please find herewith a First Set of Interrogatories in accordance to Rule 33 of the Rules of Civil Procedure to be answered within the next thirty (30) days. Also plaintiff is interested to depose former EEO Counselor Carmen Rosa during the afternoon in any of the following dates in March: 26; 26; 29; 30; or 31.

Please let me know your availability to any of the dates above.

Sincerely,

Miguel E. Miranda-Gutiérrez, Esq.

Received by: _____
Date: 3/24/04