# MIGUEL E. MIRANDA GUTIÉRREZ
### ATTORNEY AT LAW

PMB 132, 500 MUÑOZ RIVERA, LOCAL 15, SAN JUAN, PR 00918-3349
787-282-0022  FAX 787-751-0883

March 29, 2004

**BY HAND**

Fidel Sevillano del Río, Esq.
US Assistant Attorney
Torre Chardón Building
Floor 12, office 1201
Hato Rey, PR

Re: Request of Production of Documents by
Plaintiff Angel David Morales-Vallellanes

Dear Mr. Sevillano,

Please find herewith a Request of Production of Documents in accordance to Rule 34 of the Rules of Civil Procedure to be answered within the next thirty (30) days.

Sincerely,

Miguel E. Miranda-Gutiérrez, Esq.

**RECIBIDO POR:** _____ (Nombre)

_____ (firma)

**FECHA:** _____