IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES<br><br>    Plaintiff<br><br>    v.<br><br>WILLIAM J. HENDERSON, UNITED STATES POSTMASTER GENERAL, et. al.<br><br>    Defendants | **CIVIL NO. 97-2459 (JAG/GAG)** |

| MOTION | ORDER |
|---|---|
| Date Filed:   March 29, 2004<br><br>Title: *Informative Motion and Request for an Order to the Occupational Health and Safety Administration*<br><br>Docket No.:   174<br><br>[ x] Plffs   [] Defs      [ ] Other | **DENIED** without prejudice for lack of specificity and a memorandum of law in support thereof (<u>see</u> Local Rule 7(a)) discussing why the requested discovery is relevant and necessary. |

Date:   April 5, 2004

                                        S/Gustavo A. Gelpí
                                      GUSTAVO A. GELPI
                                  United States Magistrate Judge