IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES VALLELLANES

    Plaintiff

    v.

UNITED STATES POSTAL SERVICE, et. al.

    Defendants

**CIVIL NO. 97-2459 (JAG)**

| MOTION | ORDER |
|---|---|
| Date Filed: April 13, 2004<br><br>Title: *Response in Opposition to Plaintiff's Motion for Deposition*<br><br>Docket No.: 190<br><br>[ ] Plffs   [x] Defs   [ ] Other | <u>See</u> ruling as to Docket No. 187. |

| MOTION | ORDER |
|---|---|
| Date Filed: April 12, 2004<br><br>Title: *Motion to Request Urgent Order to Comply with Discovery Against Defendant United States Postal Service for the Taking of Deposition of Carmen Rosa*<br><br>Docket No.: 187<br><br>[x] Plffs   [ ] Defs   [ ] Other | Plaintiff's request for urgent order is hereby **DENIED**. Plaintiff, however, may respond to defendant's opposition (Docket No. 190), and renew the instant request, supported by case law. |

Date: April 13, 2004

                                        S/Gustavo A. Gelpí
                                        GUSTAVO A. GELPI
                                  United States Magistrate Judge