**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANGEL DAVID MORALES-VALLELLANES

Plaintiff

v.                                              **CIVIL NO. 97-2459 (JAG)**

UNITED STATES POSTAL SERVICE, et. al.

Defendants

## MINUTES OF PROCEEDINGS AND ORDER

A discovery conference was held today before the undersigned upon the parties' request. Plaintiff was represented by attorney Miguel Miranda-Guitiérrez. Defendant was represented by AUSA Fidel Sevillano Del Río.

The Court, upon hearing from both counsel, shall allow the depositions of: (i) Carmen Rosa and Frank Girau, limited to the three (3) issues discussed in the Court of Appeals' opinion.

As to the other witnesses not announced by defendant (Ron Baraga, William Morales, Eliezer Baez, Cándido López, John Malavé and Pedro Reyes), the Court orders the plaintiff to subpoena the same no later than **April 30, 2004**. The Government shall then move to quash the subpoenas (if no warranted) within thirty (30) days.

The parties have consented to the undersigned's jurisdiction and accordingly executed a consent form.

The Court further extended the discovery deadline by sixty (60) days. Dispositive motions shall be filed thirty (30) days thereafter.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of April, 2004.

S/Gustavo A. Gelpí
GUSTAVO A. GELPI
United States Magistrate-Judge