### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>Defendants. | **CIVIL NO. 97-2459 (JAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

### MOTION TO ORDER DEFENDANT UNITED STATES POSTAL SERVICE
### TO ANSWER THE AMENDED COMPLAINT

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. Defendant USPS on its opposition to Plaintiff's motion for default (docket 185) admitted regarding the Amended Complaint that only a dispositive motion was filed, therefore said Amended Complaint still unanswered.

2. Moreover, defendant admitted that "...plaintiff's Amended Complaint is only relevant if it pertains to his claims which are very limited in nature and scope."

3. It is very clear by defendant's own admissions that the Amended Complaint is unanswered.

**WHEREFORE**, it is respectfully requested from this Honorable Court to order defendant USPS to answer the Amended Complaint.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on April 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349
TEL: (787) 282-0022
FAX: (787) 751-0883