IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>Defendants. | CIVIL NO. 97-2459 (JAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

## SECOND MOTION TO AMEND PLAINTIFF PROSPECTIVE WITNESSES INCLUDED IN THE JOINT DISCOVERY SCHEDULE

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On January 23, 2004 the parties in the above captioned case filed a Joint Discovery Schedule.

2. Paragraph 3 of said document stated the following:

   "3. The above list of witnesses for both parties is not final as it can be increased or reduced as a result of the discovery."

3. Plaintiff respectfully request to include the following prospective witnesses:

   Vicente Feliciano (Economic expert witness)

   Guillermo Hoyos (Psychiatric expert witness)

   Carmelo Martínez

4.   Plaintiff hereby withdraws Juan Rodríguez from his witness list.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize Plaintiff to amend the Joint Discovery Schedule as to include said Plaintiff list of prospective witnesses.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on April 26, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349
TEL: (787) 282-0022
FAX: (787) 751-0883