**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES<br><br>    Plaintiff<br><br>        v.<br><br>UNITED STATES POSTAL SERVICE, et. al.<br><br>    Defendants | **CIVIL No. 97-2459 (JAG)** |

**ORDER**

The status conference requested by the parties is hereby **RESET** to **Wednesday, May 12, 2004 at 5:00 p.m.**.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of May, 2004.

S/Gustavo A. Gelpí
GUSTAVO A. GELPI
United States Magistrate-Judge
