# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES VALLELLANES

  Plaintiff

      v.

UNITED STATES POSTAL SERVICE, et. al.

  Defendants

**CIVIL NO.  97-2459 (JAG)**

## MINUTES OF PROCEEDINGS AND ORDER

A telephonic discovery conference was held today at 9:30 a.m. before the undersigned. Plaintiff was represented by attorney Miguel Miranda. Defendants were represented by AUSA Fidel Sevillano.

The Court allowed the plaintiff's counsel to depose witness Carmen Rosa in Spanish. However, plaintiff shall provide copy of the deposition to defendant on or before **May 17, 2004** and certified translation on or before **June 16, 2004**. These time limits shall be <u>strictly enforced</u>. Failure to comply with the same shall result in Rule 37 sanctions, including dismissal of the case if so warranted.

The deposition, as well as all further depositions/discovery shall be limited to the three (3) controversies set forth in the First Circuits's opinion.

**SO ORDERED.**

In San Juan, Puerto Rico this 6th day of May, 2004.

                                            S/Gustavo A. Gelpí
                                            GUSTAVO A. GELPI
                                  United States Magistrate-Judge