# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES

   Plaintiff

   v.  **CIVIL NO. 97-2459 (JAG/GAG)**

U.S. POSTMASTER GENERAL

   Defendant

## MINUTES OF PROCEEDINGS AND ORDER

A status conference was held before the undersigned. Plaintiff was represented by attorney Miguel Miranda-Gutierrez. Defendant was represented by AUSA Fidel Sevillano.

The Court made the following rulings as to discovery and procedural matters:

1. The defendant shall within ten (10) days answer the amended complaint, but only as to the three (3) issues set forth in the U.S. Court of Appeals' opinion.

2. The defendant is granted an extension until May 17, 2004 to provide outstanding discovery to plaintiff. (The Court has considered the fact that said discovery is being forwarded from New York).

3. Plaintiff's expert reports and accompanying documents shall be provided to defendant within forty five (45) days. This deadline shall be strictly enforced.

4. The deadline for providing defendant the transcript of witness Carmen Rosa's deposition shall commence to run once said deposition is concluded.

5. The parties are strongly encouraged to explore settlement possibilities. To this effect, plaintiff shall make a reasonable settlement offer to defendant within twenty (20) days. The defendant shall, in turn, make a counteroffer within twenty (20) days.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of May, 2004.

                                              S/Gustavo A. Gelpí
                                              GUSTAVO A. GELPI
                              United States Magistrate-Judge

**Civil 02-1510 (JAG)**                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28