IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (JAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

## MOTION TO AMEND ORDER

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On May 13th, 2004 this Honorable Court ordered the following:

    "5. The parties are strongly encouraged to explore settlement possibilities. To this effect, plaintiff shall make a reasonable settlement offer to defendant within twenty (20) days. The defendant shall, in turn, make a counteroffer within twenty (20) days."

2. During the status conference held before the Honorable Magistrate the term given to the parties was within sixty (60) days not twenty (20) because the discovery should not be completed after said sixty (60) days.

3. As of this date the discovery by plaintiff is still going on and there are at least ten (10) more depositions.

**WHEREFORE**, it is respectfully requested from this Honorable Court to amend the Order dated May 13th, 2004 to extend to sixty (60) days the term for plaintiff to make a reasonable settlement offer to defendant.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on June 2nd, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 500 Muñoz Rivera Local 15,
San Juan, Puerto Rico 00918-3349
TEL: (787) 282-0022
FAX: (787) 751-0883