**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANGEL D. MORALES VALLELLANES

    Plaintiff

    v.                             **CIVIL NO. 97-2459 (JAG/GAG)**

U.S. POSTMASTER GENERAL

    Defendant

## MINUTES OF PROCEEDINGS AND ORDER

    A status conference was held today before the undersigned upon request of the parties. Plaintiff was represented by attorney Miguel Miranda Gutiérrez. Defendant was represented by AUSA Fidel Sevillano.

    The Court agreed to extend discovery until **January 20, 2005**. No further extensions will be granted. Within the next ten (10) days counsel shall agree to a timetable for remaining discovery, which shall be filed with the Court.

    All depositions taken by plaintiff in Spanish must be translated and provided to defendant no later than **February 1, 2005**.

    **March 1, 2005** is set as the deadline for the filing of dispositive motions.

    Defendants are hereby amending their witness list to include as a defense witness Mrs. Mayra Irene.

    **SO ORDERED.**

In San Juan, Puerto Rico this 1st day of October, 2004.

                                                                        S/Gustavo A. Gelpí
                                                                       GUSTAVO A. GELPI
                                                          United States Magistrate-Judge