UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br>et al.,<br><br>    Defendants. | CIVIL NO. 97-2459 (JAG) (GAG) |

### INFORMATIVE MOTION

TO THE HONORABLE COURT:

   COME NOW the defendants, through its undersigned attorneys, to respectfully inform the Court that Defendant's Witness List is to be amended to reflect the additions of **Ms. Mayra Irenne** and **Juan Delgado**.

   WHEREFORE, the defendants respectfully request from this Court that it take notice of the above.

   I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Miguel E. Miranda Gutiérrez, Esquire, PMB 132, 500 Muñoz Rivera Avenue, Local 15, Hato Rey, Puerto Rico 00918-3349.

   RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 19th day of October 2004.

H.S. GARCIA
United States Attorney

S/Fidel A. Sevillano Del Río
FIDEL A. SEVILLANO DEL RIO
Assistant U.S. Attorney
U.S.D.C.-PR 117812
Torre Chardóñ, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone: 766-5656/282-1844
Facsimile: 766-6219