UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES,

    Plaintiff,

    v.

UNITED STATES POSTAL SERVICE,
et al.,

    Defendants.

CIVIL NO. 97-2459 (JAG)(GAG)

## DEFENDANTS' MOTION FOR A STATUS CONFERENCE

TO THE HONORABLE MAGISTRATE JUDGE GUSTAVO GELPI:

    COME NOW the Defendants, through its undersigned attorneys, to respectfully request from this Honorable Court that it set a Status Conference to discuss pending matters ordered by this Court that are currently outstanding and thus affecting Defendants' ability to file a dispostive motion to dismiss and/or for summary judgment in this case.

    WHEREFORE, the Defendants respectfully request from this Court that it schedule a Status Conference as hereinabove set forth.

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Miguel E. Miranda Gutiérrez, Esquire, PMB 132, 500 Muñoz Rivera Avenue, Local 15, Hato Rey, Puerto Rico 00918-3349.

**ANGEL DAVID MORALES-VALLELLANES vs.**
**U.S. POSTAL SERVICE, et al. - CV 97-2459 (JAG)**
**Page 2**

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 3rd day of February 2005.

        H.S. GARCIA
        United States Attorney

        S/Fidel A. Sevillano Del Río
        FIDEL A. SEVILLANO DEL RIO
        Assistant U.S. Attorney
        U.S.D.C.-PR 117812
        Torre Chardóñ, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Telephone: 766-5656/282-1844
        Facsimile: 766-6219