**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANGEL D. MORALES VALLELLANES

    Plaintiff

    v.                                                    **CIVIL  NO.  97-2459 (JAG/GAG)**

U.S. POSTMASTER GENERAL

    Defendant

---

## MINUTES OF PROCEEDINGS AND ORDER

A status conference was held today before the undersigned.  Plaintiff was represented by attorney Miguel Miranda.  Defendant was represented by AUSA Fidel Sevillano.

Plaintiff is given a final extension until **March 8, 2005** to provide to defendant all outstanding answers to interrogatories and certified translations.  Failure to comply with this deadline shall result in sanctions.

Plaintiff's discovery cut-off date is extended until **May 1, 2005**.  No further extensions shall be granted.

Defendant shall file his dispositive motion on or before **June 15, 2005**.  Plaintiff's opposition shall be due thirty (30) days thereafter.

Each party shall then have ten (10) calendar days to file a reply/surreply.

In the event the summary judgment motion is denied, defendant shall be given a brief period to depose plaintiff's remaining witnesses (whose testimony is not crucial to the dispositive issue).

The deadlines are final and unextendable.

The Court advises the parties that trial of this case will take place after October, 2005.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of February, 2005

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate-Judge