IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET. ALS.,**<br>Defendants. | CIVIL NO. 97-2459 (JAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

### MOTION TO REQUEST ADDITIONAL TIME TO FILE TRANSCRIPTS

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. This Honorable Court ordered plaintiff until March 8, 2005 to hand over the transcripts of the depositions taken.

2. The transcripts are not finished yet and Planifitt respectfully request until March 18, 2005 to hand over the transcripts to the U.S. District Attorney Fidel Sevillano.

3. The undersigned has already asked brother attorney Fidel Sevillano for the additional time and he has no problem to extend the term until March 18, 2005.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize the extension of time to file the transcripts until March 18, 2005.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on this 7 March 2005.

MIGUEL E. MIRANDA-GUTIERREZ, ESQ.
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de Leon, Suite 75
San Juan, Puerto Rico 00918-3349
TEL: 282-0022
FAX: 751-0883