

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES,<br>Plaintiff,<br><br>v.<br><br>JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET. ALS.,<br>Defendants. | CIVIL NO. 97-2459 (JAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

### ANSWER TO PRODUCTION OF DOCUMENTS

1. Statement are already been provided.

2. All documents are already been provided.

3. Already provided.

4. Already provided, but the psychiatrist has not prepared any report.

5. Provided

6. Provided

7. Provided

8. Provided

9. Provided

10. a) The state and federal income tax returns of plaintiff were provided before; tax returns of plaintiff were provided;

    b) Plaintiff has not filed his tax returns since 1997 because his income is

ATTACHMENT 2

from OWCP.

c)   Please find herewith a Benifit Statement from OWCP, Said benefit has been more or less the same since plaintiff began his compensation.

<u>S/MIGUEL E. MIRANDA-GUTIERREZ</u>
MIGUEL E. MIRANDA-GUTIERREZ, ESQ.
ATTORNEY FOR PLAINTIFF
PMB 132, 255 AVE. PONCE DE LEON,
SUITE 75
SAN JUAN, PUERTO RICO 00917-1919
TEL: (787) 282-0022
FAX: (787) 751-0883

By: _____
Miguel E. Miranda Gutiérrez
USDC 203110

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 2
LONDON, KY 40742-8300

# United States Department of Labor
### Division of Federal Employees' Compensation

# BENEFIT STATEMENT

ANGEL D MORALES
BETANIA 28 ST  URB MUNOZ RIVERA
GUAYNABO          PR 00969

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 2
LONDON, KY 40742-8300

| | | | |
|---|---|---|---|
| Case Number: | 02-0726438 | Gross Compensation: | 2,109.00 |
| Social Security Number: | 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 | Less Deductions: | 71.98 |
| Date of Injury: | 96/08/21 | Intermittent Hours Lost: | .00 |
| Pay Type: | 1 | Overpayments: | .00 |
| Check Date: | 05/02/19 | Other Payees: | .00 |
| Period Paid: 05/01/23 To: | 05/02/19 | Net Check Amount: | 2,036.74 |
| Pay Rate: | 685.12 | Agency Health Insurance Cost: | 177.86 |
| Comp Rate: | .6666 | Health Insurance Code: | 891 |
| Life Insurance | 12.70 | From: 05/01/23 To: | 05/02/19 |

## NOTICE TO RECIPIENTS

**METHOD OF PAYMENT** If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution. Otherwise, the check is enclosed.

**ADDRESS CHANGE** If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

**CORRESPONDENCE** Include your OWCP file number on all letters you send to OWCP.

**DEPENDENTS** For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above): If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate. (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

**EMPLOYMENT** For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation, advise OWCP right away when you return to full-time or part-time work with either a government or private employer (including self-employment.) Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

**SURVIVORS** For recipients of payments for death benefits (pay type 7, as shown above): If it has not already done so, OWCP will advise you in detail of each survivor for whom death benefits are payable, and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

004269



04274020726438

```
                        TRIPLE-S, INC.                              PAGINA        3
                 INFORME DE UTILIZACION POR CONTRATO                HR2R5150
              RECLAMACIONES PAGADAS DURANTE : 01/2005 - 03/2005     04/01/2005
              GRUPO : 04800-001   NOMBRE DEL GRUPO : US DEPARTMENT OF L
                     NUMERO DE CONTRATO : 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-07
```

MORALES ANGEL D.
URB MUNOZ RIVERA
28 CALLE BETANIA
GUAYNABO PR   00969-3533

| NOMBRE DEL ASEGURADO | FECHA DE SERVICIO | TIPO DE SERVICIO | DESCRIPCION DEL SERVICIO | PROVEEDOR DEL SERVICIO | PAGADO POR USTED* | PAGADO POR SU PLAN | TOTAL |
|---|---|---|---|---|---|---|---|
| MORALES ANGEL D. | 10282004 | CIRUGIA | SERVICIO MEDICO | CUEBAS RAMOS, LU | .00 | 20.00 | 20.00 |
| | 11012004 | SERV MEDI | SERVICIO MEDICO | HOYOS PRECSSAS, | 10.00 | 40.00 | 50.00 |
| | 12012004 | LABORATOR | CULTURE, BACTERIAL; AN | LAB CLINICO MUQO | 5.25 | 15.75 | 21.00 |
| | 12022004 | SERV MEDI | VISITA INICIAL EN OFIC | DUENO BERRIOS, M | .00 | 24.00 | 24.00 |
| | 12022004 | SERV MEDI | SERVICIO MEDICO | DUENO BERRIOS, M | .00 | 19.00 | 19.00 |
| | 12032004 | SERV MEDI | SERVICIO MEDICO | DUENO BERRIOS, M | .00 | 28.00 | 28.00 |
| | 12062004 | SERV MEDI | VISITA INICIAL EN OFIC | HERRERA BATISTA, | .00 | 24.00 | 24.00 |
| | 12062004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12062004 | SERV MEDI | SERVICIO MEDICO | HOYOS PRECSSAS, | 10.00 | 40.00 | 50.00 |
| | 12082004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12102004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12132004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12152004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12172004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12202004 | SERV MEDI | VISITA INICIAL EN OFIC | CANALS MORALES, | 10.00 | 22.00 | 32.00 |
| | 12202004 | CIRUGIA | DRENAJE E INYECCION AR | CANALS MORALES, | .00 | 38.00 | 38.00 |
| | 12202004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12222004 | SERV MEDI | SERVICIO MEDICO | HERRERA BATISTA, | .00 | 28.00 | 28.00 |
| | 12282004 | FARMACIA | PREVACID     15MG D | FARMACIA IVETTE | 8.00 | 130.99 | 138.99 |
| | 01032005 | SERV MEDI | SERVICIO MEDICO | DUENO BERRIOS, M | .00 | 28.00 | 28.00 |
| | 01102005 | SERV MEDI | SERVICIO MEDICO | HOYOS PRECSSAS, | 10.00 | 40.00 | 50.00 |
| | 01132005 | FARMACIA | FLUOXETINE   CAP 20M | FARMACIA IVETTE | 5.00 | 4.74 | 9.74 |
| | 01132005 | FARMACIA | FLONASE      0.05% | FARMACIA IVETTE | 8.00 | 63.75 | 71.75 |
| | 01132005 | FARMACIA | AMBIEN       TAB 10M | FARMACIA IVETTE | 17.75 | 71.00 | 88.75 |
| | 01272005 | LABORATOR | CULTURE, BACTERIAL; AN | LAB CLINICO MUQO | 5.25 | 15.75 | 21.00 |
| | 01312005 | FARMACIA | PREVACID     15MG D | FARMACIA IVETTE | 8.00 | 130.99 | 138.99 |
| | 02012005 | FARMACIA | QVAR         AER 80M | FARMACIA IVETTE | 8.00 | 66.69 | 74.69 |
| | 02032005 | SERV MEDI | VISITA SUBS OFICINA PT | CUEBAS RAMOS, LU | 10.00 | 12.00 | 22.00 |
| | 02112005 | SERV MEDI | VISITA SUBS OFICINA PT | CARLO GARCIA, AN | 10.00 | 12.00 | 22.00 |
| | 02112005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 12.00 | 60.91 | 72.91 |
| | 02112005 | FARMACIA | DESPEC SR    TAB | FARMACIA IVETTE | 16.70 | 66.82 | 83.52 |
| | 02112005 | FARMACIA | FLONASE      0.05% | FARMACIA IVETTE | 8.00 | 63.75 | 71.75 |
| | 02162005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 12.00 | 129.07 | 141.07 |
| | 03012005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 185.19 | 5.81 | 191.00 |
| | 03012005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 185.19- | 5.81- | 191.00- |
| | 03012005 | FARMACIA | PREVACID     15MG D | FARMACIA IVETTE | 8.00 | 130.99 | 138.99 |

```
                        TRIPLE-S, INC.                        PAGINA         4
                  INFORME DE UTILIZACION POR CONTRATO         HR2R5150
               RECLAMACIONES PAGADAS DURANTE : 01/2005 - 03/2005   04/01/2005
               GRUPO : 04800-001   NOMBRE DEL GRUPO : US DEPARTMENT OF L
                    NUMERO DE CONTRATO : 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-07
```

MORALES ANGEL D.
URB MUNOZ RIVERA
28 CALLE BETANIA
GUAYNABO PR   00969-3533

| NOMBRE DEL ASEGURADO | FECHA DE SERVICIO | TIPO DE SERVICIO | DESCRIPCION DEL SERVICIO | PROVEEDOR DEL SERVICIO | PAGADO POR USTED* | PAGADO POR SU PLAN | TOTAL |
|---|---|---|---|---|---|---|---|
| | 03022005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 5.00 | 4.97 | 9.97 |
| | 03022005 | FARMACIA | FLUOXETINE   CAP 20M | FARMACIA IVETTE | 5.00 | 4.74 | 9.74 |
| | 03022005 | FARMACIA | CLONAZEPAM   1MG | FARMACIA IVETTE | 5.00 | 1.04 | 6.04 |
| | 03022005 | FARMACIA | AMBIEN   TAB 10M | FARMACIA IVETTE | 12.03 | 48.13 | 60.16 |
| | 03102005 | SERV MEDI | VISITA SUBS OFICINA PT | SILBER BENDER, A | 7.50 | 9.50 | 17.00 |
| | 03152005 | FARMACIA | SERVICIO FARMACIA | FARMACIA IVETTE | 5.00 | 106.67 | 111.67 |
| | 03152005 | FARMACIA | ZYRTEC-D   TAB 5-1 | FARMACIA IVETTE | 8.00 | 27.26 | 35.26 |
| | | | SUB-TOTAL | | 229.48 | 1,724.51 | 1,953.99 |
| | | | TOTAL | | 229.48 | 1,724.51 | 1,953.99 |

* DEDUCIBLES O COASEGUROS QUE USTED DEBIO PAGAR AL RECIBIR EL SERVICIO