UNITED STATES DISTRICT COURT

FOR _____ DISTRICT OF PUERTO RICO

EXHIBIT "I"

Angel David Morales-Vallelanes

**EXHIBIT LIST**

V.

United Postal Service

CASE NUMBER: 97-2459(HL)

| PRESIDING JUDGE Héctor Laffitte | PLAINTIFF'S ATTORNEY Miguel E. Miranda | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) April 14, 1999 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | E | | Letter to Mr. Pedro Reyes |
| 2 | | | E | | Forms 1767 submitted on 1991 |
| 3 | | | E | | Forms 1767 submitted on 1995 |
| 4 | | | E | | Forms OSHA-7 (Notice 4/7/95) |
| 5 | | | E | | Letter to plaintiff by José Carpena |
| 6 | | | E | | Letter from Odarit Tirado to J. Carpena 6/21/95 |
| 7 | | | E | | Statement by plaintiff 6/29/95 |
| 8 | | | E | | Statement by plaintiff 6/3/95 |
| 9 | | | E | | OWCP Form CA-1 7/3/95 |
| 10 | | | E | | Letter from José Carpena 7/5/95 |
| 11 | | | E | | Letter from José Carpena 8/1/95 |
| 12 | | | E | | PS Form 2564-A Precomplaint 2/20/96 |
| 13 | | | E | | Letter from José Carpena to plaintiff 2/23/96 |
| 14 | | | E | | Memorandum Feb. 27, 1996 |
| 15 | | | E | | Statement by plaintiff March 7, 1996 |
| 16 | | | E | | Certified letter plaintiff to J.Carpena 3/19/96 |
| 17 | | | E | | Letter Warning to plaintiff March 26, 1996 |
| 18 | | | E | | Certified letter to John Malavé March 23, 1996 |
| 19 | | | E | | Certified letter from plaintiff March 26, 1996 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page __1__ of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

VS.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | | E | | Letter to plaintiff K. Clark dated April 1, 1996 |
| 21 | | | E | | PS Form 2565 EEO dated April 2, 1996 |
| 22 | | | E | | Certified letter to John Malavé dated April 6, 1996 |
| 23 | | | E | | Letter by Dr. Luz M. Cuebas dated April 10, 1996 |
| 24 | | | E | | PS Form 2564-A dated April 25, 1996 |
| 25 | | | E | | Statement by coworker Raymond Ruiz |
| 26 | | | E | | Statement by coworker Howard Hall |
| 27 | | | E | | Statement by Julia Collado |
| 28 | | | E | | Certified letter sent to plaintiff Bruce A. Dubay 4/29/96 |
| 29 | | | E | | Letter sent to plaintiff by Jose Carpena 10/1/96 |
| 30 | | | E | | Certified letter sent to APWU Pres. Héctor Torres 6/14/96 |
| 31 | | | E | | Letter sent by fax to John Malavé on June 27, 1996 |
| 32 | | | E | | Statement and Claim for Damage by plaintiff dated 7/10/96 |
| 33 | | | E | | Statement by coworker Angel Baerga on July 31, 1996 |
| 34 | | | E | | Certified letter sen  to John E. Plummer by plaintiff 8/4/96 |
| 35 | | | E | | Letter to John Malavé dated August 9, 1996 |
| 36 | | | E | | Statement by Raymond Ruiz on September 3, 1996 |
| 37 | | | E | | PS Form 2565 dated September 4, 1996 |
| 38 | | | E | | Certified letter by Bruce A. Dubay to plaintiff 9/30/96 |
| 39 | | | E | | Letter to plaintiff by John E. Plummer 10/6/96 |
| 40 | | | E | | Letter by José Carpena to plaintiff on 11/1/96 |
| 41 | | | E | | Certified letter to plaintiff to José Carpena dated 11/11/96 |
| 42 | | | E | | Letter to Jose Carpena to plaintiff on 1/10/97 |
| 43 | | | E | | Written communication by plaintiff on 12/7/96 |
| 44 | | | E | | Letter of Warning to plaintiff dated 12/13/96 |
| 45 | | | E | | Certified letter by plaintiff to John Malavé 12/16/96 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87) | EXHIBIT AND WITNESS LIST — CONTINUATION

vs.   CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 46 | | | E | | Letter from plaintiff to USPS Caparra Heights Station |
| 47 | | | E | | Notice of Suspension of seven days to plaintiff 12/20/96 |
| 48 | | | E | | Letter by OWCP Claim Examiner to plaintiff 1/15/97 |
| 49 | | | E | | Statement signed by coworker Carmelo Montañez 1/21/97 |
| 50 | | | E | | PS Form Information for Precomplaint Counseling 12/16/96 |
| 51 | | | E | | Statement signed by plaintiff to the Caparra Heights 12/28/96 |
| 52 | | | E | | Certified letter by plaintiff John Malavé 12/30/96 |
| 53 | | | E | | Certified letter by plaintiff to EEO 12/30/96 |
| 54 | | | E | | Written communcation from Enrique López to plaintiff 1/10/97 |
| 55 | | | E | | Nofication to APWU Daniel Soto by employees of the CaparraSta |
| 56 | | | E | | Letter by APWU Vice-Pres. Luz Z. Calendar dated 1/14/97 |
| 57 | | | E | | Certified letter by plaintiff to the Postal Inspection 1/16/97 |
| 58 | | | E | | Letter APWU Pres.Daniel Soto to Luis Hernández 1/17/97 |
| 59 | | | E | | Letter by Enrique López to plaintiff 1/17/99 |
| 60 | | | E | | Letter by plaintiff to the Offive of the Special Coun.1/22/97 |
| 61 | | | E | | PS Form 2564-A dated January 23, 1997 |
| 62 | | | E | | Letter by José Carpena to Plaintiff dated 1/22/97 |
| 63 | | | E | | Communication written by Frank A. Trinidad 1/28/87 |
| 64 | | | E | | Documents relative to grievance as requested dated1/30/97 |
| 65 | | | E | | Letter by plaintiff to José Carpena 2/1/97 |
| 66 | | | E | | Letter by plaintiff APWU Daniel Soto dated 2/3/97 |
| 67 | | | E | | Group grievance #97-156, 97-157, 97-158, 97-159 |
| 68 | | | E | | OWCP Form CA-1 dated 2/5/97 |
| 69 | | | E | | Letter by APWU Daniel Soto to plaintiff 2/6/97 |
| 70 | | | E | | Certified letter by plaintiff to Virginia Matías 2/6/97 |
| 71 | | | E | | Letter by plaintiff APWU Daniel Soto 2/7/97 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST — CONTINUATION**

vs.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 72 | | | E | | Letter (2nd) by plaintiff to Daniel Soto  2/7/97 |
| 73 | | | E | | Certified letter by plaintiff to Gail Sonneberg  2/7/97 |
| 74 | | | E | | Letter by Daniel Soto to plaintiff  2/10/97 |
| 75 | | | E | | Letter by Daniel Soto (2nd) to plaintiff  2/10/97 |
| 76 | | | E | | Statement by coworker Howard hall  2/10/97 |
| 77 | | | E | | Certified letter by plaintiff to John Malavé  2/10/97 |
| 78 | | | E | | Assignment Order Trans FORM PS Form 1723  2/14/97 |
| 79 | | | E | | Letter by Alice Womarck to plaintiff  2/18/97 |
| 80 | | | E | | Certified letter to M. Chap Claims Examiner  2/28/97 |
| 81 | | | E | | Certified letter by plaintiff to Virginia Matías  3/1/97 |
| 82 | | | E | | Certified letter by Postal Inspector Ivette O'neill  3/6/97 |
| 83 | | | E | | Certified letter by plaintiff to Ivette O'neill  3/8/97 |
| 84 | | | E | | Step 2 Grievance Appeal Form #97-280  3/10/97 |
| 85 | | | E | | Letter by Enrique López to Alberto Ortiz  3/7/97 |
| 86 | | | E | | Certified letter by plaintiff to John Malavé  3/11/97 |
| 87 | | | E | | Letter by plaintiff to Daniel Soto  3/17/97 |
| 88 | | | E | | Statement by María Reyes  3/21/97 |
| 89 | | | E | | Letter by plaintiff to Daniel Soto  3/26/97 |
| 90 | | | E | | Statement for authorization by plaintiff  3/31/97 |
| 91 | | | E | | Certified letter by Daniel Soto to plaintiff  3/31/97 |
| 92 | | | E | | Step 2 Decision APWU #97-280 by Rafael De Jesús  4/7/97 |
| 93 | | | E | | PS Form 3971 dated 4/2/97 |
| 94 | | | E | | OWCP Form CA-20  dated 3/27/97 |
| 95 | | | E | | OWCP CA-7 dated 4/1/97 |
| 96 | | | E | | OWCP Form CA-8  dated 4/16/97 |
| 97 | | | E | | Certified letter by plaintiff to Jose Carpena  4/22/97 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

vs.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 98 | | | E | | Certified letter by plaintiff to Rafael de Jesús 4/22/97 |
| 99 | | | E | | Certified letter by plaintiff to John Malavé 4/23/97 |
| 100 | | | E | | Certified letter by plaintiff to José Carpena 4/23/97 |
| 101 | | | E | | Letter by plaintiff to Daniel Soto 4/30/97 |
| 102 | | | E | | Certified of Attendance suscribed by Iris J. Tous |
| 103 | | | E | | Letter by Francisco Girau to plaintiff dated 4/21/97 |
| 104 | | | E | | OWCP Form CA-8 dated 5/6/97 |
| 105 | | | E | | Letter by John Vlachos to plaintiff 4/28/97 |
| 106 | | | E | | Certified letter by plaintiff to Harry Romney 5/7/97 |
| 107 | | | E | | Written communication by Harry Romney to plaintiff 5/7/97 |
| 108 | | | E | | Certified letter by plaintiff to Frank Girau 5/10/97 |
| 109 | | | E | | Letter by plaintiff to Daniel Soto 5/20/97 |
| 110 | | | E | | Certified letter by plaintiff to John Malavé 5/20/97 |
| 111 | | | E | | Certified letter by plaintiff to John Vlachos 5/28/97 |
| 112 | | | E | | OWCP Form CA-8 dated 5/23/97 |
| 113 | | | E | | Certified letter by plaintiff to Frankie Hernández 5/30/97 |
| 114 | | | E | | Statement from Dr. Guillermo Hoyos 1/15/98 |
| 115 | | | E | | Statement from Dr. Ricardo Canals 11/25/96 |
| 116 | | | E | | |
| 117 | | | E | | Two medicals certifications from Dr. Hoyos and Dr. Rdgz. 2/21/9 |
| 118 | | | E | | Puerto Rico Area Local Actual Constitution 1/1/97 |
| 119 | | | E | | OWCP Form CA-20 dated 4/10/97 |
| 120 | | | E | | Letter by Dr. Victor Irizarry to Donna Robinson 6/6/97 |
| 121 | | | E | | Certified letter by plaintiff to Harry Romney 7/24/97 |
| 122 | | | E | | OWCP Form CA-8 dated 8/25/97 |
| 123 | | | E | | Two letter by plaintiff to Daniel Soto 9/5/97 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  EXHIBIT AND WITNESS LIST – CONTINUATION

VS.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 124 | | | E | | Letter by plaintiff to Daniel Soto  9/8/97 |
| 125 | | | E | | OWCP Form CA-8 dated (/11/97 |
| 126 | | | E | | Memorandum from Daniel Soto  9/12/97 |
| 127 | | | E | | Letter by plaintiff to Daniel Soto  9/13/97 |
| 128 | | | E | | EEO file case number 4A-006-1034096 |
| 129 | | | E | | Letter by Daniel Soto to plaintiff  9/22/97 |
| 130 | | | E | | Certified letter by Daniel Soto to plaintiff 9/26/99 |
| 131 | | | E | | OWCP Form CA-8 dated 9/24/97 |
| 132 | | | E | | Letter by Terry Friend dated 9/26/97 |
| 133 | | | E | | Step 2 Decision APWU#97-1179 signed by Rafael De Jesús 10/3/97 |
| 134 | | | E | | Certified letter from plaintiff to Robert H. Cohen  10/6/97 |
| 135 | | | E | | Certified letter by plaintiff to Rafael de Jesús 10/7/97 |
| 136 | | | E | | Letter to Rafael De Jesús to plaintiff 10/6/97 |
| 137 | | | E | | Letter by plaintiff to Terry Friend  10/21/97 |
| 138 | | | E | | OWCP Form CA-8  10/24/97 |
| 140 | | | E | | Certified letter by Daniel Soto to plaintiff  10/26/97 |
| 141 | | | E | | OWCP Form CA-7  10/28/97 |
| 142 | | | E | | Letter by plaintiff to Terri Friend  10/28/97 |
| 143 | | | E | | Letter by Daniel Soto to Juan Cruz Ocasio  10/29/97 |
| 144 | | | E | | Step 2 Grievance Appeal Form #97-1291  10/29/97 |
| 145 | | | E | | Letter by plaintiff to Terry Friend  11/13/97 |
| 146 | | | E | | Letter by plaintiff to Daniel Soto  11/18/97 |
| 147 | | | E | | Letter Daniel Soto to plaintiff  11/19/97 |
| 148 | | | E | | OWCP Form CA-8 11/24/97 |
| 149 | | | E | | Letter by plaintiff to Officer Millie Burgos  11/25/97 |
| 150 | | | E | | Certified letter by plaintiff to John Malavé  11/25/97 |

Page _____ of _____ Pages

**ESS LIST – CONTINUATION**

| | CASE NO. | |
|---|---|---|

| | | | | | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | laintiff to John Malavé 12/5/97 |
| | | | | | helley Lipton to plaintiff 12/8/97 |
| | | | | | laintiff to Officer Millie Burgos 12/5/97 |
| | | | | | etter by plaintiff to Daniel Soto 12/15/97 |
| | | | | | etter by plaintiff 12/15/97 |
| | | | | | ters sent by USP to plaintiff 1/3/97 |
| | | | | | laintiff to Carlos Rodríguez 8/31/98 |
| | | | | | rmen Berríos, Triple S, 11/16/97 |
| | | | | | etter by plaintiff to John Malavé 11/24/97 |
| | | | | | ervice Handbook EL-801 3/30/95 |
| | | | | | etter by plaintiff to John Malavé 2/24/98 |
| | | | | | ohn Malavé to plaintiff March 23, 1998 |
| | | | | | arlos I. Rodríguez 5/27/98 |
| | | | | | laintiff to Carlos Rodríguez 5/28/98 |
| 165 | | | ID | ✓ | Several medical evaluations Dr. Guillermo Hoyos |
| 166 | | | ID | | Plaintiff tax returns form 1993 to 1997 |
| 167 | | | ID | ✓ | Economic report and curriculum vitae of Vicente Feliciano |
| 168 | | | E | | Plaintiff personal data at USPS |

Page _____ of _____ Pages