IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES
    Plaintiffs,

v.

JOHN E. POTTER, et. al.
    Defendant.

CIVIL NO. 97-2459 (JAG/GAG)

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

    COMES NOW, Defendant John E. Potter through his undersigned attorneys to respectfully submits Defendant's Memorandum of Law in Support of Motion for Summary Judgment, pursuant to Fed. R.Civ. P. 56.

    Pursuant to Local Rule 56, a Statement of Undisputed Material Facts and a Memorandum of Law in Support of Defendant's Motion For Summary Judgment is included herewith for this Court's consideration.

    WHEREFORE, the Defendant respectfully request from this Honorable Court that it dismiss Plaintiff's Complaint with costs and attorneys fees taxed to the Plaintiff.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 16th day of September 2005.

**H.S. GARCIA**
United States Attorney


*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Tel.: (787) 766-5656