IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>Defendants. | **CIVIL NO. 97-2459 (GAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

## MOTION TO REQUEST CLARIFICATION OF ORDER

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On October 6, 2005 this Honorable Court issued an order correcting Order in which granted thirty (30) days to Plaintiff to oppose the summary judgment motion (see docket #253)

2. In order to clarify Plaintiff's deadline to oppose the summary judgment motion it is respectfully requested to determine if such deadline is due on November 2, 2005.

**WHEREFORE**, it is respectfully requested from this Honorable Court if the due date for Plaintiff to file the opposition for summary judgment in November 2, 2005.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on October 6th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75

San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022, FAX: (787) 751-0883