IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES,<br>Plaintiff,<br><br>v.<br><br>JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,<br>Defendants. | CIVIL NO. 97-2459 (GAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

## MOTION TO REITERATE ORDER TO VACATE

**COMES NOW**, Plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. Last Thursday October 6, 2005 Plaintiff filed a Motion to Vacate Order (See docket number 254) and same date also filed a Motion to Clarify Order (See docket number 255).

2. This Honorable Court entered an order granting as requested Motion to Clarify (See docket number 256), notwithstanding the motion to vacate order (docket number 254) is still pending.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant said motion and enter an order to vacate the October 3rd, 2005 order.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on October 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

<u>S/MIGUEL E. MIRANDA-GUTIERREZ</u>
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022
FAX: (787) 751-0883