# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** November 3, 2005

**DC #:** 97-2459 (JAG/GAG)

**APPEAL FEE PAID:** YES  X   NO ____

**CASE CAPTION:** Angel D. Morales-Vallellanes  v.  U. S. Postal Service

**IN FORMA PAUPERIS:** YES ____   NO  X

**MOTIONS PENDING:** YES  X   NO ____

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Order entered on 09/19/05, Orders entered on 10/03/05 and Orders entered on 10/11/05

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                 **VOLUMES:**

**Docket Entries** 1, 244-262                                                         I

(Docket Entries 248,251,252,253,257,260,261,262 scanned and e:Mailed on 10/20/05)

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk