# United States Court of Appeals
## For the First Circuit

No. 05-2596

ANGEL DAVID MORALES-VALLELLANES, 97-2459 (JAG)

Plaintiff, Appellant,

v.

U.S. ATTORNEY GENERAL FOR THE DISTRICT OF PUERTO RICO, ET AL.,

Defendants, Appellees,

UNITED STATES POSTAL SERVICE, ET AL.,

Defendants.

Before

Lynch, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: October 31, 2005

Appellant's motion to stay district court proceedings is denied, and this appeal is dismissed for lack of appellate jurisdiction. Appellant may not seek appellate review of discovery and case management related matters prior to final judgment. 28 U.S.C. § 1291.

<u>Dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 10/31/05

[certified copy: Honorable Jay A. Garcia-Gregory,
Frances Rios de Moran, Clerk, United States District Court
for the District of Puerto Rico
[cc: Miguel E. Miranda-Gutierrez, Esq., Fidel A. Sevillano Del
Rio, AUSA, Arturo Luciano Delgado, Esq.]