**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ANGEL D. MORALES VALLELLANES

    Plaintiff

        v.                      **CIVIL NO. 97-2459 (JAG/GAG)**

U.S. POSTMASTER GENERAL

    Defendant

### ORDER

The Court hereby sets the final reply/surreply deadlines:

(i)     Defendant's reply is due on or before **November 30, 2005**.

(ii)    Plaintiff's surreply is due on or before **December 9, 2005**.

No extensions will be granted. More so, reply/surreply memoranda (if any) shall not reiterate previous arguments, and are limited to seven (7) pages.

**SO ORDERED.**

In San Juan, Puerto Rico this 16th day of November, 2005.

*S/ Gustavo A. Gelpí*
GUSTAVO A. GELPÍ
United States Magistrate-Judge