IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES**<br>Plaintiff,<br><br>VS.<br><br>**US POSTMASTER GENERAL, et. Als.**<br>Defendants | CIVIL NUM. 97-2459 (JAG/GAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PRESONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT |

## MOTION TO REQUEST ORDER

**TO THE HONORABLE COURT:**

**COMES NOW,** plaintiff Angel David Morales Vallellanes through his legal counsel and very respectfully prays:

1. This Honorable Court ordered defendants to file their reply on or before November 30, 2005, and that no extensions will be granted (See docket 266).

2. Defendants did not filed their reply therefore, any document related to the summary judgment after said date (November 30, 2005) should not be considered and/or stricken from the record.

**WHEREFORE,** it is respectfully requested from this Honorable Court to provide as requested.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on December 1st, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System

which will send notification of such filing to the following: Fidel A. Sevillano-Del Rio, Esq., Assitant US Attorney, Federico Degetau Federal Building, 150 Carlos Chardon Ave. Hato Rey, PR 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132
255 AVE. PONCE DE LEON, SUITE 75
SAN JUAN, PR 00917-1919
TEL. (787) 282-0022
FAX (787) 751-0883
