IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

### MOTION TO COMPLIANCE WITH ORDER

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. This Honorable Court ordered the parties December 7, 2005 to settle the case in thirty (30) days. (See docket #270).

2. In compliance to the Honorable Court's order Plaintiff hereby informs the following available dates to schedule a settlement meeting with brother counsel Fidel A. Sevillano in our offices:

   a. Monday December 26, 2005 (p.m.)

   b. Tuesday December 27, 2005 (a.m.)

   c. Thursday December 29, 2005 (a.m.)

   d. Tuesday January 10, 2006 (p.m.)

   e. Wednesday January 11, 2006 (p.m.)

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice

of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on December 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022, FAX: (787) 751-0883