IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL D. MORALES VALLELLANES<br>　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>JOHN E. POTTER, et. al.<br>　　　Defendants | CIVIL NO. 97-2459 (JAG/GAG) |

**DEFENDANTS' MOTION FOR CONTINUANCE**

TO THE HONORABLE COURT:

COME NOW, the Defendants through the undersigned attorneys to respectfully move this Court into setting another date the filing of the new Pre-Trial Order and to continue the Pre-Trial/Settlement Conference set at Docket Entry #270, suggesting herein the week of February 20, 2006.

The grounds for the continuance is that the undersigned attorney is schedule to travel on January 16, 2006 to the National Advocacy Center (NAC) in Columbia, South Carolina for a seminar on Evidence from January 17 –20, 2006 and will not be available during those dates due to such prescheduled training.

WHEREFORE, the Defendants respectfully request from this Honorable Court that it set for another date the filing of the Pre-Trial Order and continue the Pre-Trial/Settlement Conference as herein above-set forth.

Angel D. Morales v. John E. Potter                                                                                        Page No. 2
Civil No. 97-2459 (JAG/GAG)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 19th day of December 2005.

                                    **H.S. GARCIA**
                                    United States Attorney

*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Tel.: (787) 766-5656