IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES
    Plaintiffs,

v.

CIVIL NO. 97-2459 (JAG/GAG)

JOHN E. POTTER, et. al.
    Defendants

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE COURT:

    COMES NOW, the Defendant through the undersigned attorneys to respectfully move the Honorable Court for a continuance of the Pre-Trial Conference set for February 16, 2006. AUSA Katherine González Valentín has unexpectively resigned from her position within the United States Attorney's Office and some of her complex employment discrimination cases is being reassigned to the undersigned. Those cases need immediate attention, be it in the form of pending discovery, dispositive motion filing or response and/or trial preparation to which priority must be given to it.

    The undersigned has conferred with plaintiff's counsel, Miguel Miranda, regarding this unexpected and unanticipated circumstance and he has no objection to Defendant's Request for Continuance.

    WHEREFORE, the Defendant respectfully request from this Honorable Court that it continue the Pre Trial Conference for a future date, preferably for the month of April 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 6th day of February 2006.

                                                **H.S. GARCIA**
                                                United States Attorney

*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Tel.: (787) 766-5656