IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL D. MORALES VALLELLANES<br>    Plaintiffs,<br><br>              v.<br><br>JOHN E. POTTER, et. al.<br>    Defendants | CIVIL NO. 97-2459 (JAG/GAG) |

**MOTION IN COMPLIANCE**

TO THE HONORABLE COURT:

COMES NOW, the Defendant through the undersigned attorneys and pursuant to this Court's Order at Docket Entry No. 280, whereby the parties are to inform the schedule for pending depositions, the following is submitted for this Court's approval. Plaintiff's attorney is attending to the U.I.A. case before Chief Judge José A. Fusté, has been consulted as to the proposed schedule.

1. The depositions are scheduled as follow

| Date | Time | Witness |
|---|---|---|
| June 19, 2006 | 9:30 am – 12:00 noon | Frank Trinidad |
| | 2:00 pm – 5:00 pm | Pedro Reyes |
| June 20, 2006 | 9:30 am – 12:00 noon | Radames Siera |
| | 2:00 pm – 5:00 pm | Carmelo Montañez |
| June 21, 2006 | 9:30 am – 12:00 noon | Jonathan Cruz Class |
| | 2:00 pm – 5:00 pm | Samuel Carlo |

| | | |
|---|---|---|
| June 23, 2006 | 9:30 am – 12:00 noon | José Sepúlveda |
| | | John Molina |
| | 2:00 pm – 5:00 pm | Efigenio Rivera |
| | | Alberto Ortiz |
| June 28, 2006 | 2:00 pm – 5:00 pm | Raymond Ruiz |
| June 29, 2006 | 2:00 pm – 5:00 pm | Howard Hall |

2. Mr. Angel Morales' deposition will be taken on July 7, 2005 all day, beginning at 10:00 am. All depositions will be taken at the United States Attorney's Office, Hato Rey, Puerto Rico.

3. Plaintiff's economic and psychiatric expert witness reports are due to the delivered to the Defendant not later than June 2, 2006. Defendant will take plaintiff's economic expert deposition on July 13, 2006 beginning at 10:00 am at the United States Attorney's Office. Plaintiff's psychiatric expert deposition will be taken on July 14, 2006 beginning at 10:00 am at the U.S. Attorney's Office.

4. Plaintiff will take Defendant's economic and psychiatric expert depositions any two days during the week of July 10, 2006. In any event, the parties will conclude discovery as set forth by the Court on September 30, 2006.

WHEREFORE, the Defendant respectfully requests from this Honorable Court that it takes notice of the above and of the parties' compliance with the Court's previous Order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 12th day of May 2006.

**H.S. GARCIA**
United States Attorney

*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Telephone: (787) 766-5656
Facsimile: (787) 766-6219