**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ANGEL D. MORALES VALLELLANES

    Plaintiff

        v.

U.S. POSTMASTER GENERAL      **CIVIL NO. 97-2459 (JAG/GAG)**

    Defendant

## MINUTES OF PROCEEDINGS AND ORDER

A pretrial/settlement conference was held today before the undersigned. Plaintiff was represented by attorney Miguel E. Miranda Gutiérrez. Defendant was represented by AUSA Fidel Sevillano.

Trial is hereby set for **Wednesday, January 17, 2007 at 9:00 a.m., NO CONTINUANCES WILL BE ALLOWED**. A pretrial conference is hereby set for **Monday, December 18, 2006 at 10:00 a.m.**. The final pretrial report shall be filed prior to said conference.

The Court will not allow further filing of dispositive motions.

In its discretion, however, upon joint request of the parties, it will allow the following:

1.    Defendant may depose plaintiff, plaintiffs' witnesses and expert witness(es).

2.    Plaintiff, in turn, may depose defendant's expert witness(es).

3.    No other type of discovery will be allowed.

In any event, all depositions must conclude on or before **September 30, 2006**. The parties shall on or before **May 12, 2006** agree to the dates of deposition, as well as dates to announce expert(s) and depose them. No exception will be made as this will affect the Court's docket.

The Court suggested that the parties consider settlement for a proposed sum certain. Plaintiff's counsel shall advise the Court by **Friday, April 28, 2006 at 11:00 a.m.** whether he would accept these terms. If so, defendant, shall notify the Court by **May 3, 2006** whether it also accepts these terms.

**SO ORDERED.**
In San Juan, Puerto Rico this 26th day of April, 2006.

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate-Judge