

U.S. Department of Justice
**Rosa Emilia Rodríguez-Vélez**
United States Attorney
District of Puerto Rico

Torre Chardón, Suite 1201  Telephone: (787) 766-5656
350 Carlos Chardón Street  Telecopier: (787) 766-6219
San Juan, Puerto Rico 00918

August 30, 2006

751-0883

Via facsimile: 787-721-0883

Miguel E. Miranda, Esq.
PMB 132, 255 Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919

RE: Angel D. Morales v. John E. Potter
USDC PR Civil No. 97-2459 (GAG)

Dear counsel:

In relation with the above-referenced case, the United States retained the professional services of Dr. Ramón O. Fortuño, psychiatrist to appear as Expert Witness on behalf of the government.

As stated, Dr. Fortuño will examine Mr. Morales Vallellanes on Monday, September 11, 2006 at 10:00 am at his offices located 421 Ponce de Leon Avenue, Midtown Plaza, Suite 214, San Juan, Puerto Rico. Dr. Fortuño's telephone number is 787-765-5718.

Enclosed please find copy of Dr. Fortuño's curriculum vitae.

I would appreciate from you to contact your client, as soon as possible, and inform him of this appointment.

If you have any problems with this scheduled, please contact the undersigned at 787-282-1844 or my assistant Luis M. Rodriguez at 787-772-3948.

Without any further comment, I remain,

Cordially yours

Rosa Emilia Rodríguez-Vélez
United States Attorney

Signed for: *Luis M. Rodríguez, Legal Assistant*
Fidel A. Sevillano Del Río
Assistant United States Attorney