IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES
    Plaintiffs,

v.

JOHN E. POTTER, et. al.
    Defendants

CIVIL NO. 97-2459 (JAG/GAG)

**MOTION IN COMPLIANCE**

TO THE HONORABLE COURT:

    COME NOW the defendants, through the undersigned attorneys and pursuant to this Honorable Court's Order related at Docket Entry No. 301, Defendant hereby announces as his expert witness, Dr. Ramón O. Fortuño, Psychiatrist.

    Dr. Fortuño's curriculum vitae is herein enclosed for the Court's consideration. **(See Attachment 1).**

    WHEREFORE, the defendants respectfully request from this Honorable Court that it takes notice of the compliance as to the Order entered at Docket No. 301.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 22nd day of September 2006.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney


*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Telephone: (787) 766-5656
Facsimile: (787) 766-6219