IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL D. MORALES VALLELLANES
    Plaintiffs,

v.                                          CIVIL NO. 97-2459 (JAG/GAG)

JOHN E. POTTER, et. al.
    Defendants

**NOTICE TO THE COURT**

TO THE HONORABLE COURT:

COME NOW the defendants and through the undersigned attorneys respectfully informs this Honorable Court that Dr. Ramón O. Fortuño, Psychiatrist will examine Plaintiff Angel David Morales Vallellanes on Thursday, October 5, 2006 at 2:30 pm. Plaintiff's counsel was notified of said appointment via facsimile (787-751-0883) and via electronic mail (mirandalawfirm@aol.com). **See Attachment 1).**

WHEREFORE, the defendants respectfully request from this Honorable Court to take notice of the above.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of thee Court using CM/ECF system, which will submit notification of such filing to: Miguel Miranda, Esq.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 25th ay of September 2006.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

*S/Fidel A. Sevillano Del Río*
Fidel A. Sevillano Del Rio
U.S.D.C.-PR 117812
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardon Building, Suite 1201
350 Carlos Chardon Street
Hato Rey, Puerto Rico 00918
Telephone: (787) 766-5656
Facsimile:  (787) 766-6219