IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

**INFORMATIVE MOTION**

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On September 25, 2006, Defendant notified by letter to the undersigned attorney the availability by Psychiatrist Ramón O. Fortuño to examine Plaintiff on Thursday October 5, 2006 at 2:30 p.m.

2. Said date Plaintiff already has a personal matter appointment.

3. Plaintiff is available for the above mentioned examination during the month of October, 2006 any other date but the 3rd; 5th or 13th.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on September 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing

to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022
FAX: (787) 751-0883
