# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES VALLELLANES

   Plaintiff

      v.

JOHN POTTER, UNITED STATES
POSTMASTER GENERAL, et. al.

   Defendants

**CIVIL NO.** 97-2459 (GAG)

| **ORDER** |
|---|
| Re: Docket No. 312 |
| DENIED. However, in order to put an end to the additional discovery period which the Court allowed, defendants' expert report must be provided on or before **November 1, 2006**. No further extensions will be allowed. The Court also notes that the OCWP reports are not an issue at this time, as no motion to compel production of the same was ever before the Court. |
| **SO ORDERED**. |

Date:  October 4, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States District Judge