

U.S. Department of Justice
**Rosa Emilia Rodríguez-Vélez**
United States Attorney
District of Puerto Rico

---

Torre Chardón, Suite 1201   Telephone: (787) 766-5656
350 Carlos Chardón Street   Telecopier: (787) 766-6219
San Juan, Puerto Rico 00918

October 12, 2006

*Via facsimile: 787-751-0883*
*Via electronic mail: mirandalwfirm@aol.com*

*Miguel E. Miranda, Esq.*
*PMB 132, 255 Ponce de León, Suite 75*
*San Juan, Puerto Rico 00917-1919*

RE: Angel D. Morales v. John E. Potter
USDC PR Civil No. 97-2459 (GAG)

Dear counsel:

Pursuant to the Court's Order related at Docket Entry 301, the government intends to depose Dr. Hoyos next Thursday, October 19, 2006 starting at 10:00 am at the United States Attorney's Office.

Enclosed please find copy of the Subpoena served, via facsimile, to Dr. Hoyos' office.

Without any further comment, I remain,

Cordially yours

Rosa Emilia Rodríguez-Vélez
United States Attorney

Fidel A. Sevillano Del Río
Assistant United States Attorney

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## United States District Court

DISTRICT OF PUERTO RICO

| Angel David Morales Vallellanes | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| John E. Potter, Postmaster General<br>United States Postal Service | Case Number:[1]  97-2459 (GAG) |

TO:   *Via facsimile:* 787-281-8533
      Dr. Guillermo J. Hoyos Fresssas, Home Mortgage Plaza, Suite 501
      268 Ponce de León Avenue, San Juan, Puerto Rico 00918

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Complete psychiatric record pertaining Plaintiff Angel D. Morales Vallellanes

| PLACE  United States Attorney's Office- Torre Chardón, Suite 1201<br>350 Carlos Chardón Street, San Juan, Puerto Rico 00918 | DATE AND TIME<br>October 19, 2006 - 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Fidel A. Sevillano Del Rio, United States Attorney - Defendant's Attorney | DATE<br>October 10, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Fidel A. Sevillano Del Rio - USDC PR No. 1117812 - United States Attorney's Office - Torre Chardón, Suite 1201
350 Carlos Chardón Street, San Juan, Puerto Rico 00918 - Telephone: 787-282-1844, Cel. 787-525-9386

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              2369
CONNECTION TEL                    97872818533
CONNECTION ID
ST. TIME              10/10 17:04
USAGE T               00'16
PGS. SENT             1
RESULT                OK
```

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## United States District Court

### DISTRICT OF PUERTO RICO

Angel David Morales Vallellanes

V.

John E. Potter, Postmaster General
United States Postal Service

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  97-2459 (GAG)

TO: *Via facsimile: 787-281-8533*
*Dr. Guillermo J. Hoyos Fresssas, Home Mortgage Plaza, Suite 501*
*268 Ponce de León Avenue, San Juan, Puerto Rico 00918*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Complete psychiatric record pertaining Plaintiff Angel D. Morales Vallellanes

| PLACE United States Attorney's Office - Torre Chardón, Suite 1201  350 Carlos Chardón Street, San Juan, Puerto Rico 00918 | DATE AND TIME October 19, 2006 - 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

    TRANSMISSION OK

    TX/RX NO                    2372
    CONNECTION TEL                          97877510883
    CONNECTION ID
    ST. TIME                    10/12 09:14
    USAGE T                     00'58
    PGS. SENT                   3
    RESULT                      OK
```



U.S. Department of Justice
**Rosa Emilia Rodríguez-Vélez**
United States Attorney
District of Puerto Rico

Torre Chardón, Suite 1201        Telephone: (787) 766-5156
350 Carlos Chardón Street        Telecopier: (787) 766-6219
San Juan, Puerto Rico 00918

October 12, 2006

*Via facsimile: 787-751-0883*
*Via electronic mail: mirandalwfirm@aol.com*

*Miguel E. Miranda, Esq.*
*PMB 132, 255 Ponce de León, Suite 75*
*San Juan, Puerto Rico 00917-1919*

      RE: Angel D. Morales v. John E. Potter
      USDC PR Civil No. 97-2459 (GAG)

*Dear counsel:*

  *Pursuant to the Court's Order related at Docket Entry 301, the government intends to depose Dr. Hoyos next Thursday, October 19, 2006 starting at 10:00 am at the United States Attorney's Office.*

  *Enclosed please find copy of the Subpoena served, via facsimile, to Dr. Hoyos' office. Without any further comment, I remain,*

          *Cordially yours*

          *Rosa Emilia Rodríguez-Vélez*