# MIGUEL E. MIRANDA GUTIÉRREZ
### ATTORNEY AT LAW

PMB 132, 255 AVE. PONCE DE LEÓN, SUITE 75, SAN JUAN, PR 00917-1919
TEL. (787) 282-0022   FAX. (787) 751-0883
email: mirandalawfirm@aol.com

Morales v. Potter
97-2459 (GAG)
Attachment 2

Motion to Compel

October 16, 2006

**VIA FAX: (787) 766-6219**

Fidel Sevillano-Del Río
U.S. Assistant District Attorney
District of Puerto Rico

       *Re: Angel D. Morales v. John Potter*
       *Case number 97-2459 (GAG)*

Dear Counsel,

    Last Thursday October 12, 2006 the undersigned received by fax copy of a subpoena sent to psychiatrist Guillermo Hoyos for a deposition to be taken next Thursday October 19, 2006 starting at 10:00 a.m. at the US Attorney's office. Prior to said notification on a letter sent by the undersigned last October 6, 2006 I mentioned that doctor Hoyos was not in Puerto Rico and also that he was expected to return on October 16, 2006 (today). Further, I suggested to wait until said date to schedule his deposition. (Exhibit I)

    In spite of the above you notified and scheduled a deposition without knowing his availability nor the undersigned. You absolute ignored our letter and went forward with the notification.

    This morning I had the opportunity to contact doctor Hoyos and he does not has said date available for his deposition. Also the undersigned has a hearing before the San Juan Superior Court in the case of Mary Vega Sanabria vs. Yadira Jeanette Vélez Bermúdez civil number KCU 2006-0013 at 9:00 a.m. same date.

    During our conversation doctor Hoyos said that the only date he has available is

next Thursday October 24, 2006 during the morning. I strongly advise to contact doctor Hoyos in order to schedule the deposition.

Also it is important to take in consideration the following information for the deposition of doctor Hoyos:

1. You requested him to produce a *"Complete psychiatrist record pertaining plaintiff Angel D. Morales Vallellanes."* Said request has been already prohibited by the Court since the request of documents made to Plaintiff for his deposition. It has already been granted as a Protective Order requested by Plaintiff, therefore Dr. Hoyos will not provide the above requested documents.

2. Doctor Hoyos informed his professional fees for the taking of his deposition as $1,200.00 for the four (4) hours or a fraction. After the first four (4) hours the charge is $300.00 per hour.

Please take notice of the above and let us know your position.

Sincerely,

Miguel E. Miranda Gutiérrez, Esq.