IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | CIVIL NO. 97-2459 (GAG)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

**MOTION REQUESTING ADDITIONAL TIME TO FILE AN APPOSITION**

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1.   This afternoon Defendant filed a "motion to compel enforcement of subpoena".

2.    The undersigned attorney is preparing himself for a hearing tomorrow Wednesday October 18, 006 in the case of Carmen Pura Whatts Albino Vs. Ediberto Burgos Galarza, Civil Number FAL2005-0535 (302) at 9:00 a.m. at the San Juan Superior Court.

3.    In order to properly respond to the above mentioned motion Plaintiff respectfully requests an order until tomorrow October 18, 2006 at 3:00 p.m. to file an opposition before this Honorable Court rules over Defendant's request.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the additional time requested by Plaintiff to respond.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the

following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
**USDC** 203110
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022
FAX: (787) 751-0883
