

## Guillermo J. Hoyos Preessas, M.D.
PSIQUIATRA
Diplomado del American College of Forensic Examiners

October 17, 2006

Mr. Fidel Sevillano del Río
U.S. District Attorney
District of Puerto Rico

Via Fax: (787) 766-6219

Re:  Angel D. Morales vs. John C. Potter
     Case number: 97-2459 (GAG)

Dear Mr. Sevillano del Río:

In relationship to deposition on above case, I will be available on Tuesday October 24, 2007 at 10:00 a.m.

My chargers for the same are $1,200.00 first four (4) hours or the faction. After the first four (4) hours the charges are $300.00 per hour.

Please advise if you accept the deposition to be held at the date mentioned above.

Cordially,

Guillermo J. Hoyos Preessas, M.D., A.B.F.E.

hh

HOME MORTGAGE PLAZA • AVE. PONCE DE LEON 268, SUITE 501 • SAN JUAN, PUERTO RICO 00918 • TEL: (787) 765-7010  FAX: (787) 281-8533

### TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/17/2006 16:06
NAME   : DR HOYOS
FAX    : 7872818533
TEL    : 7877657010
SER. # : 000M4J188638
```

```
DATE,TIME          10/17  16:06
FAX NO./NAME       7877666219
DURATION           00:00:16
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```