IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

### MOTION REQUESTING ORDER TO PRECLUDE DEFENDANT THE USE OF EXPERT WITNESS

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. Once again Defendant failed to comply with this Honorable Court ordered deadlines.

2. On October 4, 2006 this Honorable Court ordered that *"…defendants' expert report must be provided on or before November 1, 2006. No further extensions will be allowed."* (see docket 313).

3. Up to this date, November 2, 2006, Defendant has failed to provide the expert witness report of Dr. Ramón O. Fortuño as ordered.

4. Plaintiff moves this Honorable Court to preclude Defendant the use of expert witness Dr. Ramón O. Fortuño and his expert report if any.

**WHEREFORE**, it is respectfully requested from this Honorable Court an order to preclude Defendant the use of expert witness Ramón O. Fortuño and his expert report if any.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
USDC 203110
ATTORNEY FOR PLAINTIFF
PMB 132, 255 Ave. Ponce de León, Suite 75
San Juan, Puerto Rico 00917-1919
TEL: (787) 282-0022
FAX: (787) 751-0883