Subj:     **Angel D. Morales Vallellanes v. John E. Potter (USDC PR Civil No. 97-2459 GAG)**
Date:     11/2/2006 10:11:10 A.M. SA Western Standard Time
From:     Luis.Rodriguez3@usdoj.gov
To:       mirandalawfirm@aol.com

Dear counsel:

Enclosed please find copy of the Forensic Psychiatric Report prepared by Dr Ramón Fortuño. This report was forwarded to your attention via regular mail yesterday.

Thanks for your cooperation.

*Luis M. Rodríguez Nieves*
Legal Assistant
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Telephone: 787-772-3948 (voice)
Facsimile: 787-766-6219
Email: luis.rodriguez3@usdoj.gov


<<fortuno' report.PDF>>

=