Ramón O. Fortuño Ramírez, MD
D.A.B.F.E., D.A.B.F.M., D.A.A.E.T.S.
*Forensic Psychiatrist*
89 Avenida De Diego, Suite 105
San Juan, Puerto Rico 00927-6346
Tel. (787) 765-5718  Fax (787) 756-7363

October 14, 2006                                                                (Preliminary)

## Forensic Psychiatric Report

| | | |
|---|---|---|
| Name | : | Angel D. Morales Vallellanes |
| Date of birth | : | June 23, 1960 |
| Interview | : | September 29, 2006 |
| Identification | : | Puerto Rico Driver's license. |
| Age | : | 46 years |
| Address | : | Urb. Muñoz Rivera |
| | | Betania Street, Guaynabo PR 00969. |
| Education | : | Bachelorship teaching, UPR |
| Religion | : | Catholic |
| Last Employment | : | United States Postal Service, |
| | | Caparra Station. |
| Marital Status | : | Single |
| Civil Case No. | : | 97-2459 (JAG) |

### I- Examination Purpose and Scope of Opinion:

The United States Department of Justice, AUSA Fidel Sevillano del Río, requested our Professional Services, to provide our expert services, regarding the civil case to be held at the United States Federal Court, District of Puerto Rico. I was retained to examine the plaintiff and to render a written opinion about an alleged emotional condition arising from occupational harassment, and retaliation by a hostile environment created at work, while working for the United States Postal Service, Caparra Station.

The Office of the United States Attorney, District of Puerto Rico, coordinated the appointment of Mr. Angel Morales, the plaintiff. The plaintiff was examined using as reference the DSM IV TR Manual, and the Guides to the Evaluation of Permanent Impairment (Fifth Edition).

I hereby certify that I have never previously examined or treated the above plaintiff, and that I do not have particular interests, in the outcome of his complaint. The professional fees were previously notified in the written contract, and these are independent from the interests of the contracting agency.