## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

### MOTION FOR CONTINUANCE OF THE PRE-TRIAL CONFERENCE

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. Last December 19, 2006 this Honorable Court scheduled the Final Pre-Trial Conference for January 11, 2007 at 9:15 a.m.

2. The undersigned attorney previously had in schedule two hearings:

   i) A preliminary hearing at the Carolina Superior Court in the case of Alexis Pagán;

   ii) A public hearing in the municipality of Dorado before the Planification Board.

3. The undersigned attorney has available the following dates Wednesday January 10, 2007 **after 1:30 p.m**; Thursday January 11, 2007 **after 2:30 p.m.**; and also Friday January 12, 2007 **after 10:30 a.m**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the

above and authorize a continuance to any of the above suggested dates.

      **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on January 3rd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

                                        S/MIGUEL E. MIRANDA-GUTIERREZ
                                        **MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
                                        **USDC 203110**
                                        ATTORNEY FOR PLAINTIFF
                                        P.O. BOX 192271
                                        San Juan, Puerto Rico 00919-2271
                                        TEL: (787) 282-0022
                                        FAX: (787) 753-7655