IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (CVR)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

**NOTICE OF APPEAL**

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1.   Notice is hereby given that Angel David Morales Vallellanes, plaintiff in the above mentioned case hereby appeal to the United States Court of Appeals for the First Circuit from the following orders entered in this action:

   i)   February 21, 2007 ORDER (docket 348) DENYING (docket 346) MOTION to Set Aside Order which states the following:

   *"ORDER, Motions terminated: Denied. The parties are granted until February 28, 2007, to file an Amended Pre-Trial Order limiting testimonial and documentary evidence to the three (3) outstanding claims mentioned in Docket No. 344. MOTION to Vacate Order. Signed by Magistrate Judge Camile L. Velez Rive on 2/21/07. (ljt) (Entered: 02/21/2007)"*

      ii)      February 7, 2007 Minute Entry for proceedings held before Magistrate Judge Camile L. Vélez-Rivé which order to the parties and Amended Complaint limiting testimonial and documentary evidence to the three (3) outstanding claims. (See docket 344)

**WHEREFORE**, it is respectfully notified that plaintiff hereby appeal to the United States Court of Appeals for the First Circuit the above mentioned orders.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on February 26th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
**USDC NO. 203110**
ATTORNEY FOR PLAINTIFF
PO BOX 192271
SAN JUAN, PR 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655