IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (CVR)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

**MOTION TO STAY PROCEEDINGS**

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully inform this Honorable Court:

1. On this date plaintiff Angel David Morales Vallellanes, has filed a Notice of Appeal in the above captioned case.

2. The appealed order limits the parties to amend a Pre-Trial Order to the three (3) outstanding claims mentioned in docket 344.

3. Plaintiff has been ordered to file until February 28, 2007 an Amended Pre-Trial Order. (See docket number 348)

4. In accordance to Rule 8 (a) F.R.A.P. a party can request from the District Court a stay order of the proceedings in the case pending the outcome of the appeal.

5. An order to stay the proceedings in the case pending the outcome of the appeal should be issued due to the fact that such appeal will determine if Count I of the Amended complaint survives in its entirety or is limited to the three outstanding claims.

6.      To prevent mootness it is respectfully requested an order to stay the proceedings pending the outcome of the appeal in the above captioned case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to issue an ORDER to stay the proceedings in accordance to Rule 8(a) F.R.A.P.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on February 26th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

                                                S/MIGUEL E. MIRANDA-GUTIERREZ
                                                **MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
                                                USDC NO. 203110
                                                ATTORNEY FOR PLAINTIFF
                                                PO BOX 192271
                                                SAN JUAN, PR 00919-2271
                                                TEL: (787) 282-0022
                                                FAX: (787) 753-7655