UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:    March 21, 2007

DC #:    97-2459  (GAG)
Previous USCA Cases #: 02-2190, 05-2596

APPEAL FEE PAID:        YES  _X_      NO  ____

CASE CAPTION:           Angel David Morales-Vallellanes    v.   United States Postal Service

IN FORMA PAUPERIS:      YES ____      NO  _X_

MOTIONS PENDING:        YES ____      NO  _X_

NOTICE OF APPEAL FILED BY:        Plaintiff

APPEAL FROM:            Order entered on 02/21/07

SPECIAL COMMENTS:       Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

Docket Entries   50, 168, 169, 344-353                                  I




I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                                                             FRANCES RIOS DE MORAN
_____   Clerk of the Court


                                                                                             S/ Xiomara Muñiz
                                                                                             Xiomara Muñíz
                                                                                             Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk