IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>    Plaintiff<br><br>           v.<br><br>UNITES STATES POSTAL SERVICE<br><br>    Defendant | CIVIL NO. 97-2459(GAG/CVR) |

**MOTION *IN LIMINE***

TO THE HONORABLE COURT:

   COMES NOW the Defendant through the undersigned attorneys and pursuant to this Court's Status Conference Report (**D.E. 344**) and Order (**D.E. 353**), whereby, pursuant to **D.E. 344,** Motions *In Limine* are due to be filed not later than August 27, 2007, the appearing party respectfully moves for an order limiting plaintiff's arguments, as well as his testimonial and documentary evidence at trial, to solely the three allegations previously set forth by this Court at **D.E. 344 and 353.**

   It is to be noted that the plaintiff had filed for an appeal to the Court of Appeals, First Circuit, related at **D.E. 349** to which he later petitioned for voluntary dismissal. Accordingly, and pursuant to Fed.R.App.P. 42(b), Judgment and Mandate were entered on May 31, 2007 by the Court of Appeals, First Circuit. (**See Attachment 1 - U.S. Court of Appeals for the First Circuit - Case Summary**).

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

Although this Court's **D.E. 344 and D.E. 353** makes it crystal clear that plaintiff's arguments as well as his testimonial and documentary evidence are to be limited at trial to the three allegations previously set forth by the Court, nevertheless, the Defendant, in compliance with **D.E. 344**, respectfully moves the Court for an Order *In Limine* whereby plaintiff's evidence and arguments are to be strictly limited to the three allegations previously set forth by the Court.

WHEREFORE, Defendant respectfully requests from this Honorable Court that it grant Defendant's Motion *In Limine* to limit plaintiff's arguments and evidence at trial to the three allegations previously set forth in this Court.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Miranda, Esq.

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 3

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 21st day of August, 2007.

                                 ROSA EMILIA RODRIGUEZ-VELEZ
                                 United States Attorney

                               *S/Fidel A. Sevillano Del Río*
                               Fidel A. Sevillano Del Río
                               Assistant United States Attorney
                               U.S.D.C.-P.R. No. 117812
                               Torre Chardón, Suite 1201
                               350 Chardón Street
                               San Juan, Puerto Rico 00918
                               Telephone:  (787) 766-5656
                               Fax       :  (787)-766-6219