# US Court of Appeals for the First Circuit
## Case Summary

```
Court of Appeals Docket #: 07-1504                      Filed: 3/27/07
Nsuit: 2442  Civil Rights: Jobs
Morales-Vallellanes v. US Postal Service, et al
Appeal from: U.S. District Court of PR

Lower court information:
     District: 0104-3 : 97-02459              lead: 97-02459
     Ordering Judge: Camille L. Velez-Rive, Magistrate Judge
```

| Date | Entry |
|---|---|
| 3/29/07 | Involvement of attorney Arturo Luciano-Delgado for American Postal Workers Union and attorney Arturo Luciano-Delgado for Daniel Soto terminated. [07-1504] (geor) |
| 4/10/07 | DOCKETING STATEMENT filed by Appellant Angel David Morales-Vallellanes. [07-1504] (geor) |
| 4/10/07 | APPEARANCE filed by Miguel E. Miranda-Gutierrez for Appellant Angel David Morales-Vallellanes. [1235560-1] [07-1504] (geor) |
| 4/16/07 | ATTORNEY Nelson J. Perez-Sosa for Appellee William J. Henderson, Appellee Enrique Lopez, Appellee Daniel Soto, Appellee US Attorney General added to case. [07-1504] (laur) |
| 4/16/07 | APPEARANCE filed by Nelson J. Perez-Sosa for Appellee William J. Henderson, Appellee Enrique Lopez, Appellee Daniel Soto, Appellee US Attorney General. [1237463-1] [07-1504] (laur) |
| 5/10/07 | ATTORNEY David G. Karro for US Postal Service added to case. [07-1504] (geor) |
| 5/10/07 | APPEARANCE filed by David G. Karro for US Postal Service. [1245444-1] [07-1504] (geor) |
| 5/10/07 | Appellee's MOTION To Restyle and Dismiss This Appeal filed by US Postal Service. Certificate of service dated 5/9/07. [07-1504] (geor) |
| 5/16/07 | MOTION For Voluntary Withdrawal of Appeal Proceedings filed by Appellant Angel David Morales-Vallellanes. Certificate of service dated 5/14/07. [07-1504] (geor) |
| 5/31/07 | JUDGMENT entered. Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Mandate to issue forthwith. [1252692-1] [07-1504] (geor) |
| 5/31/07 | MANDATE ISSUED. [07-1504] (geor) |
| 6/1/07 | RECORD consisting of docs. 50, 168, 169, 344-353 returned to originating court. (cher) |