IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>Defendants. | **CIVIL NO. 97-2459 (GAG)(CVR)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

### INFORMATIVE MOTION

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully informs:

1. As ordered by this Honorable Court in Docket 345, Plaintiff provided to Defendant today September 4, 2007 all the exhibits Plaintiff will use at trial including the exhibit list with the identification number for each exhibit. All the exhibits are pre-marked as ordered. Plaintiff is still waiting for Defendant's exhibits which are to be provided on or before September 7, 2007 according to a brother counsel Fidel A. Sevillano del Río.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of above information.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655