IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>    Plaintiff<br><br>    v.<br><br>UNITES STATES POSTAL SERVICE<br><br>    Defendant | CIVIL NO. 97-2459(GAG/CVR) |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

   COMES NOW the Defendant through the undersigned attorneys and pursuant to this Court's order related at **D.E. 369** respectfully informs that, on September 6, 2007 the appearing party sent, via messenger, Dr. Bhatia's Economic Report and Curriculum Vitae which was received by plaintiff counsel's office on September 6, 2007. (**See Attachment 1**)

   WHEREFORE, Defendant respectfully requests from this Honorable Court that it take notice of the above.

   I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Miranda, Esq.

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 7th day Sepember, 2007.

                                    ROSA EMILIA RODRIGUEZ-VELEZ
                                    United States Attorney

                                  *S/Fidel A. Sevillano Del Río*
                                  Fidel A. Sevillano Del Río
                                  Assistant United States Attorney
                                  U.S.D.C.-P.R. No. 117812
                                  Torre Chardón, Suite 1201
                                  350 Chardón Street
                                  San Juan, Puerto Rico 00918
                                  Telephone:  (787) 766-5656
                                  Fax       :  (787)-766-6219