

U.S. Department of Justice

*Rosa Emilia Rodríguez-Vélez*
*United States Attorney*
*District of Puerto Rico*

---

*Torre Chardon Suite 1201*     (787) 766-5656
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*

September 6, 2007

Miguel E. Miranda Gutierrez, Esq.
Calle Mayaguez #22
Hato Rey, Puerto Rico

**BY MESSENGER**

    Re:    **Angel D. Morales-Vallellanes v. USPS, et al.**
            **Civil No. 97-2459(GAG/CVR)**

Dear Mr. Miranda:

    Pursuant to the court's order related at D.E. 369, enclosed is the Economic Report from Dr. Mohinder Bhatia, as well as his curriculum vitae.

                              Cordially,

                              Rosa Emilia Rodríguez-Vélez
                              United States Attorney

                              Fidel A. Sevillano
                              Assistant U.S. Attorney

enc

Received by Aideliz Alvarez
Date 6 Sept. 2007