IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,** Plaintiff, <br><br> v. <br><br> **JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,** Defendants. | CIVIL NO. 97-2459 (GAG)(CVR) <br><br> DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT <br><br> TRIAL BY JURY IS HEREBY REQUESTED |

MOTION REQUESTING ORDER

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully submits his Motion Requesting Order:

1. On Tuesday September 4, 2007 Plaintiff provided to Defendant all the exhibits and the exhibit list that Plaintiff plans to use at trial. Defendant acknowledged to provide Plaintiff with his exhibits on or before Friday September 7, 2007 (see Docket 365).

2. In a phone call the undersigned to Brother Counsel Sevillano to request the status of said exhibits, counsel Sevillano refuse to provide Plaintiff with his exhibits alleging that the date for the trial was moved and that he was not going to deal with this case for now. This will cause an unfair advantage plaintiff since Defendant already has all Plaintiffs' exhibits **three months before** the trial (December 10, 2007) to study them. On the contrary, Plaintiff does not have any of Defendant's exhibits to design a defense and to be prepared for the trial.

3. Defendant has had since January 2007 (8 months) to prepare his exhibits because this trial was scheduled to January 17, 2007.

**WHEREFORE**, it is respectfully requested from this Honorable Court to order Defendant to provide immediately to Plaintiff with all the exhibits Defendant plans to use at trial.

**RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

        S/MIGUEL E. MIRANDA-GUTIERREZ
        **MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
        ATTORNEY FOR PLAINTIFF
        PO Box 192271
        San Juan, Puerto Rico 00919-2271
        TEL: (787) 282-0022, Fax (787) 753-7655