IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,** Plaintiff, <br><br> v. <br><br> **JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,** Defendants. | CIVIL NO. 97-2459 (GAG)(CVR) <br><br> DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT <br><br> TRIAL BY JURY IS HEREBY REQUESTED |

## MOTION IN OPPOSITION TO INFORMATIVE MOTION

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully submits his Motion in Opposition to Defendant's Informative Motion (Docket 370):

1. Plaintiff acknowledges the receipt of Defendant economic report on Thursday September 6, 2007. However, said economic report is not signed. The name of Dr. Mohinder Bathia does not appear in any of the pages of said report.

2. F.R.C.P. 26(a)(2) requires that: *"written report must be prepared and signed by the witness"*.

**WHEREFORE**, it is respectfully requested from this Honorable Court to order Defendant to provide the expert witness report duly signed in accordance with F.R.C.P. 26(a)(2).

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022, Fax (787) 753-7655