UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES,

      Plaintiff,

      Vs.                  CIVIL NO. 97-2459 (GAG/CVR)

UNITED STATES POSTAL SERVICE,
et al.,

      Defendants.

**OPPOSITION TO MOTION REQUESTING ORDER**

TO THE HONORABLE COURT:

    COMES NOW the Defendant, through his undersigned attorneys to respectfully oppose Plaintiff's Motion Requesting Order at **Docket Entry 372**.

    The representation made by Plaintiff to the Court that Defendant "refused" to provide his exhibits to Plaintiff is incorrect. What the undersigned told Plaintiff's counsel was that, since this Court had rescheduled the trial dates, the former would finish his work on the trial exhibits later onward because there were other pressing matters that needed attention, to include preparing for three (3) upcoming depositions in New York City, as well as two motions for summary judgment that are due to be filed, one in September 14, 2007 and the other on September 28, 2007, in addition to other office matters that needs attention.

    The undersigned can finalize Defendant's Exhibit List after the same is reviewed to ascertain that it complies with this Court's Order at **Docket Entry 344** and **Docket Entry 353**,

**ANGEL DAVID MORALES VALLELLANES vs. UNITED STATES POSTAL SERVICE, et al.-CV 97-2459 (JAG)-Opposition to Motion Requesting Order**
Page 2

respectively. It will be ready for delivery no later than October 5, 2007.

It is to be noted that Plaintiff's counsel has needlessly occupied this Court's time and effort when if he would have asked, the undersigned was more than willing to choose a specific date for delivery.

WHEREFORE, the Defendant respectfully requests from this Honorable Court that it deny Plaintiff's Motion Requesting Order as hereinabove set forth.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Miguel E. Miranda Gutiérrez, Esquire, P.O. Box 192271, San Juan, Puerto Rico 00919-2271.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 10th day of September 2007.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

s/Fidel A. Sevillano Del Río
FIDEL A. SEVILLANO DEL RIO
Assistant U.S. Attorney
U.S.D.C.-PR 117812
Torre Chardóñ, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone: 766-5656/282-1844
Facsimile: 766-6219