```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

ANGEL DAVID MORALES-VALLELLANES,

      Plaintiff,

        Vs.                  CIVIL NO. 97-2459 (GAG/CVR)

UNITED STATES POSTAL SERVICE, et al.,

      Defendants.

## **DEFENDANT'S OPPOSITION OF DOCKET ENTRY 373**

TO THE HONORABLE COURT:

    COMES NOW the Defendant, through his undersigned attorneys to oppose Plaintiff's **Docket Entry 373**. Defendant's economic report pertains to the Puerto Rico Management and Economic Consultants, Inc, of which Dr. Mohinder Bhatia is its President. As such, no signature block appears at the Report as it comes from the corporation itself. However, in order to prevent any possible controversy, we have spoken to Dr. Bhatia about this matter who has agreed to submit his signature in the report, forthwith. Therefore, a Court Order will not be necessary.

    Once again, Plaintiff's counsel has needlessly occupied this Court's time and effort when it would only have taken a telephone call to the undersigned to deal with this petty matter. It is to be noted that, for the purposes of the fifteen (15) days set forth at **Docket Entry 369** for Plaintiff to review Dr. Bhatia's economic report the date of delivery of September 6, 2007 remains unaltered.

**ANGEL DAVID MORALES VALLELLANES vs. UNITED STATES POSTAL**
**SERVICE, et al.-CV 97-2459 (JAG)- Defendant's Opposition of D.E. 373**
**Page 2**

WHEREFORE, the Defendant respectfully requests from this Honorable Court that Plaintiff's motion be denied as hereinabove set forth.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Miguel E. Miranda Gutiérrez, Esquire, P.O. Box 192271, San Juan, Puerto Rico 00919-2271.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 10th day of September 2007.

        ROSA EMILIA RODRIGUEZ VELEZ
        United States Attorney

        s/Fidel A. Sevillano Del Río
        FIDEL A. SEVILLANO DEL RIO
        Assistant U.S. Attorney
        U.S.D.C.-PR 117812
        Torre Chardóñ, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Telephone: 766-5656/282-1844
        Facsimile: 766-6219