IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,** Plaintiff, <br><br> v. <br><br> **JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,** Defendants. | CIVIL NO. 97-2459 (GAG)(CVR) <br><br> DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT <br><br> TRIAL BY JURY IS HEREBY REQUESTED |

### INFORMATIVE MOTION

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully wish to inform:

1. The US Postal Service is requested to cover the court fees required in 28 U.S.C. §1821 for postal employees who had been subpoenaed as witnesses in cases where the US Postal Service is a party. The US Postal Service Employee Labor Relation Manual or E.L.M. sections 516, 516.11, 516.21, 516.5, 516.51 and 516.52 deal with said payments (see attachment: ELM section 516).

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of above information.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022, FAX (787) 753-7655