IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>    Plaintiff<br><br>         v.<br><br>UNITES STATES POSTAL SERVICE, et al.<br><br>    Defendants | CIVIL NO. 97-2459(GAG/CVR) |

**RESPONSE TO PLAINTIFF'S INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COME NOW the Defendants and through the undersigned attorneys respectfully submit a response to plaintiff's "Informative Motion" related at **D.E. 378.**

At the outset, plaintiff's **D.E. 378** is confusing. On the one hand, the plaintiff "informs" the Court and, on the other hand "requests" from the Postal Service that the latter cover the fees required by 28 U.S.C. §1821 for the postal employees who are to be subpoenaed to appear in Court for trial on behalf of the plaintiff. As grounds for plaintiff's so called "Informative Motion", he submits the Postal Service's Employee Labor Relations Manual or ELM

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

Sections 516.11 through 516.60. (hereinafter the "Employees' Manual").

In order to set the record straight and avoid any confusion, the defendant has no objection to plaintiff's issuance of subpoenas to postal employees for them to appear in Court on plaintiff's behalf. Such scenario is covered as <u>court leave</u> at the Employees' Manual. (**See Sections 516.21 and 516.60.**) However, one thing is for the Postal Service to grant court leave to those employees and another is to pay them the attendance fees required by 28 U.S.C. § 1821. The latter is covered by **Section 516.41** of the Employees' Manual. In it, from the $40.00 a day plus mileage required by 28 U.S.C. §1821, the postal employees can keep up to $25.00 per day while the rest is to be handed over to their supervisors. **The employee is not authorized to waive those fees. (See Section 516.41 of the Employees Manual.**) In other words, the party who

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 3

seeks a witness attendance to Court on his/her behalf, <u>must</u> accompany with the subpoena, the $40.00 a day plus mileage attendance fee <u>and</u>, that amount belongs to the witness. However, if he/she is a postal employee, then he/she can keep up to $25.00 per day and must deliver the rest to his/her supervisor. In <u>no</u> place at the Employees' Manual does it state that the Postal Service has the obligation to pay the $40.00 attendance fee to the witness <u>in</u> <u>addition</u> to the court leave granted to the postal employee in order for them to appear in Court on plaintiff's behalf.

In summation, a postal employee (part time or full time) who is issued a subpoena to testify in Court on behalf of the plaintiff when the Postal Service is a party to the case, as in here, is entitled to receive from the Postal Service, court leave for him/her to appear in Court <u>and</u>, from the issuing party of the subpoena, $40.00 per day plus mileage under 28 U.S.C. §1821 <u>before</u>

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 4

attendance to Court is to materialize. If plaintiff's intention at his so called "Informative Motion" was to "request" from the Postal Service that it pay the appearing witnesses the attendance fees set forth at 28 U.S.C. § 1821, then his request is hereby denied, as hereinabove set forth.

WHEREFORE, the Defendants respectfully request from this Honorable Court that it take notice of the foregoing response to plaintiff's **D.E. 378.**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Miranda, Esq.

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 5

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 19th day September, 2007.

                      ROSA EMILIA RODRIGUEZ-VELEZ
                      United States Attorney

                      *S/Fidel A. Sevillano Del Río*
                      Fidel A. Sevillano Del Río
                      Assistant United States Attorney
                      U.S.D.C.-P.R. No. 117812
                      Torre Chardón, Suite 1201
                      350 Chardón Street
                      San Juan, Puerto Rico 00918
                      Telephone:  (787) 766-5656
                      Fax      :  (787)-766-6219