IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>       Plaintiff,<br><br>               v.<br><br>UNITED STATES POSTAL SERVICE, et al.<br><br>       Defendants | CIVIL NO. 97-2459(GAG/CVR) |

### DEFENDANT'S PROPOSED VERDICT FORM

TO THE HONORABLE COURT:

COMES NOW the defendant, and through the undersigned attorneys, respectfully submit the following Proposed Verdict Form.

### VERDICT FORM

The jury must unanimously agree on the answer to the following question:

1. Has plaintiff proven by a preponderance of the evidence that he was intentionally discriminated against by defendant on the basis of sex or gender?

2. Has plaintiff proven by a preponderance of the evidence that he was subjected to intentional discriminatory retaliation by defendant?

           YES _____          NO _____

If your answer to the questions above is "YES,", then go to the following question. If your answer to the questions above is

"NO,", you should skip the following question and the Foreperson should sign this form.

Under the law as given to you in these instructions, state the amount, if any, of compensatory damages plaintiff should be awarded from defendant with respect to his damages.

AMOUNT:  $_____          NONE:   _____

Date:    _____      _____
                                    Signature
                                    Foreperson

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Miguel E. Miranda, Esquire.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 29th day of November, 2007.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

s/Fidel A. Sevillano Del Río
FIDEL A. SEVILLANO DEL RIO
U.S.D.C.-P.R. No. 117812
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone:  (787) 766-5656/282-1844
Fax       :  (787)-766-6219