IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)(CVR)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT**<br><br>**TRIAL BY JURY IS HEREBY REQUESTED** |

**PLAINTIFF'S PROPOSED VERDICT FORM**

**TO THE HONORABLE COURT:**

**COMES NOW** the defendant, and through the undersigned attorneys, respectfully submit the following Proposed Verdict Form.

**VERDICT FORM**

The jury must unanimously agree on the answer to the following question:

1. Has plaintiff proven by a preponderance of the evidence that he was intentionally discriminated against by defendant on the basis of sex or gender?

    YES _____    NO _____

2. Has plaintiff proven by a preponderance of the evidence that he was subjected to intentional discriminatory retaliation by defendant?

    YES _____    NO _____

If your answer to the questions above is "YES", then go to the following question. If your answer to the questions above is "NO", you should skip the following question and the Foreperson should sign this form.

Under the law as given to you in these instructions, state the amount, if any, for compensatory damages; back pay; front pay; plaintiff should be awarded from defendant with respect to his damages.

| | | | |
|---|---|---|---|
| Compensatory damages | AMOUNT: | $_____ | NONE: ____ |
| Back Pay | AMOUNT: | $_____ | NONE: ____ |
| Front Pay | AMOUNT: | $_____ | NONE: ____ |

Date:  _____        _____
                                                             Signature
                                                             Foreperson

**I HEREBY CERTIFY** that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 5th day of December, 2007.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655