# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**         **DATE: December 10, 2007**

**COURTROOM DEPUTY:   Yelitza RIVERA-BUONOMO**        **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:   FTR**
=====================================================
                                                             <u>Attorneys</u>:
ANGEL D. MORALES-VALLELLANES          MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE           AUSA FIDEL SEVILLANO-DEL-RIO

======================================================================

**CASE CALLED FOR JURY SELECTION.**

Preliminary matters discussed in chambers.  Prospective jurors were excused and asked to come back at 1:00 P.M.

Prospective jurors voir-dire and jury panel selected.  Jury impaneled and sworn as follows:

1. Yazmin Rodriguez (1)            5. Miguel A. Carrilles (7)

2. Jessica Benitez-Castro(2)       6. Freddie Lebron-Arroyo (9)

3. Pedro Luis Velez (3)            7. Lori-Ann Rivera-Cintron (12)

4. Aida N. Ruiz-Ruiz (5)           8. Carlos A. Lopez (13)

Note for jury received as to medical condition of three of its members.  Snack break was ordered.

Meeting in chambers continued.

Note received from jury asking to be excused for the day due to weather conditions.  The Court conferred with the parties and granted the jury's request.

Further Jury Trial tomorrow, Wednesday **December 11, 2007 at 9:00 A.M.**

                                     S/Yelitza Rivera-Buonomo
                                          Deputy Clerk

cc: Jury Clerk
Breakfast and snacks are ordered for jurors.