# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**        DATE: December 11, 2007

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO        CV. NO. 97-2459 (CVR)

**COURT REPORTER:**   FTR        Int. Mayra Cardona

===========================================================================

<u>Attorneys</u>:

ANGEL D. MORALES-VALLELLANES        MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE        AUSA FIDEL SEVILLANO-DEL-RIO

===========================================================================

**CASE CALLED FOR FIRST DAY OF JURY TRIAL.**

Preliminary instructions given to the jury. Opening statements heard from the attorneys for the parties.

Plaintiff Angel David Morales Vallellanes took the stand to testify on his behalf. Direct examination started, but not concluded.

Joint Exhibits I, II, VI, VIII, IX, X and Plaintiff's Exhibits 3, 20, 23, 24, 25 were presented into evidence and admitted.

Further Jury Trial tomorrow, Wednesday **December 12, 2007 at 9:00 A.M.**

    S/Yelitza Rivera-Buonomo
    Deputy Clerk

cc: Jury Clerk