# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**              **DATE: December 12, 2007**

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO          **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:**   FTR                    Int. Mayra Cardona

=======================================================

                                                            <u>Attorneys</u>:
ANGEL D. MORALES-VALLELLANES           MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE           AUSA FIDEL SEVILLANO-DEL-RIO

==========================================================================

**CASE CALLED FOR SECOND DAY OF JURY TRIAL.**

Plaintiff Angel David Morales Vallellanes' direct testimony continued. Joint Exhibits III, IV, XIII, XIV and XV, as well as Plaintiff's Exhibits 27, 33, 42 and 61 were presented and admitted into evidence.

Cross-examination of witness as well as redirect and re-cross conducted.

Next witness called by plaintiff was Mr. Pedro Reyes. Direct and cross-examination conducted. Plaintiffs Id-75 presented into evidence.

Further Jury Trial tomorrow, Wednesday **December 13, 2007 at 9:00 A.M.**

                                         S/Yelitza Rivera-Buonomo
                                              Deputy Clerk

cc: Jury Clerk