# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: December 13, 2007**

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO          **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:**   FTR                    **Int. Maria Cecilia Marty**

===========================================================================

                                                              <u>Attorneys</u>:

ANGEL D. MORALES-VALLELLANES          MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE          AUSA FIDEL SEVILLANO-DEL-RIO

===========================================================================

**CASE CALLED FOR THIRD DAY OF JURY TRIAL.**

The plaintiff called as its next witness Mr. Radames Sierra.  Direct and cross-examination of witness conducted.

Plaintiff's next witnesses were Carmelo Montanez, Howard Hall, Raymond Ruiz and Alberto Ortiz.  Direct and cross-examination of each of these witnesses conducted.

Plaintiff then called expert witness Dr. Guillermo J. Hoyos, psychiatrist.  Direct and cross-examination conducted.  Plaintiff's Exhibit 90 as well as Joint Exhibit XXIV were presented and admitted into evidence.

The next witness called was Mr. Frank Trinidad.  Direct and cross-examination of witness conducted.

Further Jury Trial tomorrow, Friday **December 14, 2007 at 9:00 A.M.**

                                                   S/Yelitza Rivera-Buonomo
                                                         Deputy Clerk

cc: Jury Clerk