# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**           **DATE: December 14, 2007**

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO          **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:**   FTR                              Int.  Mayra Cardona

===============================================================================

                                                                          Attorneys:
ANGEL D. MORALES-VALLELLANES                    MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE                    AUSA FIDEL SEVILLANO-DEL-RIO

===============================================================================

**CASE CALLED FOR FOURTH DAY OF JURY TRIAL.**

Plaintiff's first witness was Mr. Samuel Cora-Rivera.  Direct and cross-examination of witness conducted.

Then plaintiff called Efigenio Rivera De Jesus and then Mrs. Carmen Rosa as witnesses on his behalf.  Direct and cross-examination conducted as to each of these witnesses.

Expert witness economist Vicente Feliciano was called to the witness stand on behalf of plaintiff.  Direct and cross-examination conducted.  After this testimony ended, the plaintiff rested his case.

Rule 50 motion argued by AUSA Sevillano.  Opposition is heard from plaintiff's attorney.

After hearing the arguments from the parties, the Court denied the Rule 50 motion at this stage.

Further Jury Trial on Tuesday, **December 18, 2007 at 1:30 P.M.**

                                                       S/Yelitza Rivera-Buonomo
                                                            Deputy Clerk

cc: Jury Clerk