# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: December 18, 2007**

**COURTROOM DEPUTY:    Yelitza RIVERA-BUONOMO          CV. NO. 97-2459 (CVR)**

**COURT REPORTER:   FTR                          Int.  Mayra Cardona**

========================================================================
Attorneys:

ANGEL D. MORALES-VALLELLANES          MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE          AUSA FIDEL SEVILLANO-DEL-RIO

========================================================================

**CASE CALLED FOR FOURTH DAY OF JURY TRIAL.**

Defendant called as its first witness was Mr. Jose A. Padro.  Direct and cross-examination of witness conducted.

Defendant's next witness was Mrs. Mayra Irene.  Direct examination started, but did not conclude as the Court had to adjourned trial due to the number of arrests that had to be taken care of on this date.  Jury was taken, together with attorneys for the parties and witness, to Courtroom number 10 and were excused.

Further Jury Trial on Tuesday,  **December 19, 2007 at 1:00 P.M.**


S/Yelitza Rivera-Buonomo

Deputy Clerk


cc: Jury Clerk