# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**      **DATE: December 19, 2007**

**COURTROOM DEPUTY:** Yelitza RIVERA-BUONOMO      **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:** FTR      Int. Juan Llagostera

=====================================================

                                          Attorneys:

ANGEL D. MORALES-VALLELLANES      MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE      AUSA FIDEL SEVILLANO-DEL-RIO

=====================================================

**CASE CALLED FOR FIFTH DAY OF JURY TRIAL.**

Cross-examination, redirect and re-cross examination of witness Marta Irene heard on behalf of defendants.

Direct and cross-examination of expert witness Dr. Ramon Fortuno heard on behalf of defendant.

Further Jury Trial on Tuesday, **December 20, 2007 at 9:00 A.M.**

                                          S/Yelitza Rivera-Buonomo
                                          Deputy Clerk

cc: Jury Clerk