# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: December 20, 2007**

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO          **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:**   FTR                    Int.  Juan Llagostera

========================================================
                                                    Attorneys:

ANGEL D. MORALES-VALLELLANES          MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE          AUSA FIDEL SEVILLANO-DEL-RIO

=======================================================================

**CASE CALLED FOR SIXTH  DAY OF JURY TRIAL.**

Defendant called to the witness stand expert witness Dr. Mohinder Bhatia.  Direct and cross-examination conducted.

Mr. Antonio Lopez-Martinez was the next witness for defendant.  Direct and cross-examination conducted.

Out of the presence of the jury defense counsel renewed Rule 50 motion.  The Court denied the same under the same grounds as the previous one.

Closing arguments heard from the parties.  Jury instructions given.  Oath of the marshal taken.  Jury is excused for today.

Further Jury Trial on Friday **December 21, 2007 at 9:00 A.M.** at which time the jury will start their deliberations.

                                                     S/Yelitza Rivera-Buonomo
                                                           Deputy Clerk

cc: Jury Clerk