# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: December 21, 2007**

**COURTROOM DEPUTY:**   Yelitza RIVERA-BUONOMO          **CV. NO. 97-2459 (CVR)**

**COURT REPORTER:**   FTR

=======================================================
<u>Attorneys</u>:

ANGEL D. MORALES-VALLELLANES          MIGUEL MIRANDA-GUTIERREZ

v.

UNITED STATES POSTAL SERVICE          AUSA FIDEL SEVILLANO-DEL-RIO

=====================================================================

**CASE CALLED FOR SEVENTH DAY OF JURY TRIAL.**

Jury deliberations conducted.

At 1:32 p.m. a note from the jury is received stating that they have reached a verdict.

Counsels are summoned to the courtroom. Jury is called back. Verdict is published.

Jury is excused and thanked for their services.

AUSA Sevillano requested the filing of memorandum of law in relation to some matters. The Court granted until January 31, 2008 for plaintiff to file; defendant is granted until February 11, 2008 to file opposition.

AUSA Sevillano moved the Court to reduce the amount of the verdict. Sidebar arguments heard. The request was granted, and the amount of damages was reduced to $300,000.00.

 S/Yelitza Rivera-Buonomo
Deputy Clerk

cc: Jury Clerk