12/7/07

Your Honor
We the jury have reach a veredict.