RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2007 DEC 21  PM 2: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES,

Plaintiff,

v.                                                   CIVIL NO. 97-2459(GAG)

UNITED STATES POSTAL SERVICE,

Defendant.

**VERDICT FORM**

The jury must unanimously agree on the answers to the following questions:

1. Has plaintiff proven by a preponderance of the evidence that he was intentionally discriminated against by defendant on the basis of sex or gender?

   ✓ Yes          _____ No

2. Has plaintiff proven by a preponderance of the evidence that he was subjected by defendant to intentional discriminatory retaliation?

   ✓ Yes          _____ No

If your answer to any of the questions above is "Yes", then go to the following question. If your answer to both questions above is "No", you should skip the following question and the Foreperson should sign this form.

3. Under the law as given to you in these instructions, state the amount, if any, of compensatory damages plaintiff should be awarded from defendant with respect to his damages.

AMOUNT: $500,000.00     NONE: _____

Date: 12/21/07

_____
Signature
Foreperson