IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,** Plaintiff,<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,** Defendants. | CIVIL NO. 97-2459 (CVR)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

## MOTION REQUESTING AN EXTENSION OF TIME

**COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully submits his Motion Requesting Order:

1. This Honorable Court granted plaintiff until January 31, 2008 to file his Memorandum of Law pertaining the back pay and front pay issues.

2. The undersigned attorney for the past eight (8) days have been very sick and unable to return to work until today.

3. The appearing party requests an extension of ten (10) days until Monday February 11, 2008 to file its Memorandum of Law.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize the extension of time requested.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
USDC 203110
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022, Fax (787) 753-7655