IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (CVR)**<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT<br><br>TRIAL BY JURY IS HEREBY REQUESTED |

**MOTION REQUESTING SECOND EXTENSION**

**TO FILE MEMORANDUM OF LAW**

  **COMES NOW**, plaintiff Angel David Morales-Vallellanes through his legal counsel and very respectfully submits his Motion Requesting Order:

1. This Honorable Court granted plaintiff request for an extension to file a memorandum of law until Monday February 11, 2008.

2. Said extension was requested due to the undersigned counsel illness, despite the granted order the undersigned counsel had six (6) hearings this week in addition to the heavy workload from the past week.

3. The undersigned counsel have been gradually getting back to work since the illness, nevertheless we are not fully recovered.

4. The appearing party has completed a seventy percent (75%) of the memorandum however a final extension until next Friday, February 15, 2008 would be sufficient time to comply.

  **WHEREFORE**, it is respectfully requested from this Honorable Court to grant a final

extension until next Friday, February 15, 2008.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
USDC 203110
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022, Fax (787) 753-7655