IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

    Plaintiff

    v.

UNITES STATES POSTAL SERVICE

    Defendant

CIVIL NO. 97-2459(CVR)

**SECOND MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

    COMES NOW the defendant through the undersigned attorneys to respectfully request a second enlargement until March 14, 2008 within which to file his opposition to plaintiff's Motion In Compliance at **D.E. 413**.

    This Court had granted the defendant until February 29, 2008 to file his opposition.(**D.E. 410**) Thereafter, the plaintiff requested a second enlargement until February 15, 2008 to file his Motion for Back and Front Pay (**D.E. 411**) and it was granted by the Court at **D.E. 412**. This has prompted the defendant to request an enlargement until March 14, 2008. The undersigned has other cases to attend, particularly a reply brief in a complex employment discrimination case which involves six (6) plaintiffs, which will also become due by March 14, 2008.

    WHEREFORE, the defendant respectfully requests from this Honorable Court that it grant until March 14, 2008 within which to file defendant's opposition to plaintiff's Motion for Back and

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

Front Pay remedies as set forth above.

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Miranda, Esq.

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 19th day of February, 2008.

                                   ROSA EMILIA RODRIGUEZ-VELEZ
                                   United States Attorney

                                   *S/Fidel A. Sevillano Del Río*
                                   Fidel A. Sevillano Del Río
                                   Assistant United States Attorney
                                   U.S.D.C.-P.R. No. 117812
                                   Torre Chardón, Suite 1201
                                   350 Chardón Street
                                   San Juan, Puerto Rico 00918
                                   Telephone:  (787) 766-5656
                                   Fax      :  (787)-766-6219