IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | **CIVIL NO. 97-2459 (GAG)(CVR)**<br><br>**DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT** |

**MOTION REQUESTING EXTENSION OF TIME**

**TO REPLY DEFENDANT'S MEMORANDUM OF LAW**

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff, Angel David Morales-Vallellanes, through the undersigned attorneys, very respectfully inform this Honorable Court:

1. Last Thursday March 13, 2008 Defendant filed its Memorandum in compliance to this Honorable Court order.

2. Plaintiff is interested to reply said memorandum in order to clarify many of the facts and documents in evidence mentioned.

3. Due to the fact that the undersigned attorney will be on vacation it is respectfully requested an extension of time until Friday April 4th, 2008 to file Plaintiff's reply.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize Plaintiff to file his reply until April 4th, 2008.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on March 19, 2008, I electronically filed the foregoing with

1

the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655

2