## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANGEL DAVID MORALES VALLELLANES,**<br>**Plaintiff,**<br><br>v.<br><br>**JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,**<br>**Defendants.** | CIVIL NO. 97-2459 (GAG)(CVR)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT |

**MOTION FOR ENLARGEMENT OF TIME**

**TO FILE PLAINTIFF'S REPLY**

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff, Angel David Morales-Vallellanes, through the undersigned attorneys, very respectfully inform this Honorable Court:

1. This Honorable Court authorized plaintiff until Friday April 4th, 2008 to file his reply to defendant's response.

2. Plaintiff in order to properly prepare his reply is in need of the transcripts of trial for December 18th and 19th of 2007.

3. Plaintiff made arrangements with Mr. James Rohan in order to have the transcripts next week for the two days left (December 18 and 19, 2007) that were not transcribed.

4. Plaintiff respectfully request until next Friday April 11th, 2008 to file his reply with the transcripts included.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize an

enlargement of time until Friday April 11th, 2008to include the transcripts of December 18 and 19 of 2007 with his reply.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655