EXHIBIT 1

### TABLE THREE
#### Full-Time Regular Basic Annual Salary Schedule
#### Effective February 16, 2008 (PP-2008)
RSC P and C (APWU)  Preliminary Upgraded Schedule. The March and September 2007 COLAs will be added to these salaries.

| Old Grade | New Grade | BB | AA | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Step Increase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 30,801 | 31,806 | 32,811 | 33,816 | 34,821 | 35,826 | 36,831 | 37,836 | 38,841 | 39,846 | 40,851 | 41,856 | 42,861 | 43,866 | 44,871 | 45,876 | 47,006 | | 1,005 |
| 3 | 4 | 31,979 | 32,974 | 33,969 | 34,964 | 35,959 | 36,954 | 37,949 | 38,944 | 39,939 | 40,934 | 41,929 | 42,924 | 43,919 | 44,914 | 45,909 | 46,904 | 47,899 | | 995 |
| 4 | 5 | | | 35,735 | 36,672 | 37,609 | 38,546 | 39,483 | 40,420 | 41,357 | 42,294 | 43,231 | 44,168 | 45,105 | 46,042 | 46,979 | 47,916 | 48,853 | | 937 |
| 5 | 6 | | | 37,480 | 38,366 | 39,252 | 40,138 | 41,024 | 41,910 | 42,796 | 43,682 | 44,568 | 45,454 | 46,340 | 47,226 | 48,112 | 48,998 | 49,884 | | 886 |
| 6 | 7 | | | 39,322 | 40,158 | 40,994 | 41,830 | 42,666 | 43,502 | 44,338 | 45,174 | 46,010 | 46,846 | 47,682 | 48,518 | 49,354 | 50,190 | 51,026 | | 836 |
| 7 | 8 | | | 40,160 | 41,022 | 41,884 | 42,746 | 43,608 | 44,470 | 45,332 | 46,194 | 47,056 | 47,918 | 48,780 | 49,642 | 50,504 | 51,366 | 52,228 | | 862 |
| 8 | 9 | | | | | | 46,478 | 47,123 | 47,768 | 48,413 | 49,058 | 49,703 | 50,348 | 50,993 | 51,638 | 52,283 | 52,928 | 53,573 | 54,218 | 645 |
| 11 | 10 | | | | | | 49,656 | 50,423 | 51,190 | 51,957 | 52,724 | 53,491 | 54,258 | 55,025 | 55,792 | 56,559 | 57,326 | 58,093 | 58,860 | 767 |
| 12 | 11 | | | | | | 50,831 | 51,645 | 52,459 | 53,273 | 54,087 | 54,901 | 55,715 | 56,529 | 57,343 | 58,157 | 58,971 | 59,785 | 60,599 | 814 |

#### Step Increase Waiting Period (In Weeks)

| Steps (From-To) | BB-AA | AA-A | A-B | B-C | C-D | D-E | E-F | F-G | G-H | H-I | I-J | J-K | K-L | L-M | M-N | N-O | O-P | Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade 3 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | | 13.5 |
| Grade 4 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | | 11.1 |
| Grades 5 - 7 | | | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | | 9.7 |
| Grade 8 | | | | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | | 8.1 |
| Grades 9 - 11 | | | | | | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 6.9 |

37

### TABLE FOUR
#### Transitional Employee (TE) Schedule

##### Effective March 18, 2006 (PP 07-2006)

| PS Grade | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly Rates | 11.02 | 11.19 | 11.37 | 12.63 | 13.42 | 14.25 | 14.57 | 17.19 | 17.65 | 18.12 |

##### 1.3% Increase Effective November 25, 2006 (PP 25-2006)

| PS Grade | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly Rates | 11.16 | 11.34 | 11.52 | 12.79 | 13.59 | 14.44 | 14.76 | 17.41 | 17.88 | 18.36 |

##### Upgrade Effective February 16, 2008 (PP 05-2008)

| PS Grade | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rates | | 11.63 | 11.82 | 13.12 | 13.94 | 14.82 | 15.14 | 17.86 | 18.34 | 18.84 |

##### 1.2% Increase Effective November 21, 2009 (PP 25-2009)

| PS Grade | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rates | | 11.76 | 11.96 | 13.27 | 14.10 | 14.99 | 15.31 | 18.07 | 18.55 | 19.06 |

38

# Su Declaración del Seguro Social



Preparada especialmente para Angel D. Morales

*Evite el robo de identidad—proteja su número de Seguro Social*

www.segurosocial.gov

13 de marzo del 2008

*Vea adentro para su información personal*

```
000008154  01 AV  0.312 R 0020
ANGEL D. MORALES
28 CALLE BETANIA
GUAYNABO, PR  00969-3533
```

### Lo que hay adentro...

Cálculo de sus beneficios ..................................2
Su registro de ganancias ..................................3
Algunos hechos del Seguro Social ....................4
Para informarse mejor ......................................4
Para solicitar esta *Declaración* en inglés ...........4
*(To Request This Statement in English)*

## Lo que el Seguro Social significa para usted

Esta *Declaración del Seguro Social* puede ayudarle a planificar su futuro financiero. La *Declaración* le provee unos cálculos de sus beneficios de Seguro Social según la ley actual e incluye sus ganancias informadas más recientes.

Asegúrese de leer esta *Declaración* cuidadosamente. Si piensa que hay algún error, favor de notificárnoslo. Esto es importante porque sus beneficios se basarán en nuestro registro de sus ganancias vitalicias. Le sugerimos que guarde esta *Declaración* con sus documentos financieros.

### El Seguro Social es para las personas de todas las edades...

Somos mucho más que un simple programa de jubilación. El Seguro Social le puede proveer beneficios si usted se incapacita, y puede apoyar económicamente a su familia en caso de que usted fallezca.

### Trabaje para crear un futuro seguro...

El Seguro Social es la mayor fuente de ingresos para la mayoría de los ancianos hoy día, pero no fue diseñado para ser la única fuente de ingreso cuando usted se jubile. Usted también necesitará tener otros ahorros, inversiones, pensiones o cuentas de jubilación para asegurarse que tendrá suficiente dinero para vivir cómodamente cuando se jubile.

Es muy importante ahorrar e invertir su dinero, no sólo para usted y su familia, sino para todo el país. Para informarse mejor sobre cómo y por qué ahorrar, visite *www.mymoney.gov*, un sitio de Internet del gobierno federal diseñado para enseñarle al público las cosas básicas sobre cómo manejar sus finanzas.

### Sobre el futuro del Seguro Social...

El Seguro Social es un pacto entre las generaciones. Por muchas décadas, el gobierno estadounidense ha cumplido su promesa de seguridad para los trabajadores y sus familias. Pero ahora, el sistema de Seguro Social está enfrentando serios problemas económicos y es necesario tomar las medidas adecuadas para asegurar que el sistema esté sólido para cuando los trabajadores jóvenes de hoy estén listos para jubilarse.

Para el 2017, comenzaremos a pagar más en beneficios de lo que recaudamos en impuestos. Si no se hacen cambios, para el año 2041 el Fondo de Fideicomiso del Seguro Social se agotará* y solamente habrá suficiente dinero para pagar 75 centavos por cada dólar de los beneficios programados. Necesitamos resolver estos asuntos pronto para asegurar que el Seguro Social continúe proveyendo una protección sólida para las generaciones futuras.

### El Seguro Social en el Internet...

Visite *www.segurosocial.gov* para informarse mejor sobre el Seguro Social. Puede leer nuestras publicaciones y usar las *Calculadoras de Beneficios del Seguro Social* (en inglés, Social Security Benefit Calculators), para computar sus beneficios futuros o usar nuestros formularios, que son fáciles de llenar, para solicitar sus beneficios.

Michael J. Astrue
Comisionado

\* Estos cálculos están basados en las suposiciones intermediarias del Informe Anual al Congreso de los Estados Unidos emitido por la Junta de Fideicomisarios del Seguro Social.

031308 01R 04632D

| | | |
|---|---|---|
| *Jubilación | Usted ha ganado suficientes créditos para tener derecho a beneficios. A razón de sus ganancias actuales, si usted deja de trabajar... | |
| | A los 62 años de edad, su pago sería aproximadamente ................................. $ | 560 al mes |
| | Si continúa trabajando hasta... | |
| | su plena edad de jubilación (67 años), su pago sería aproximadamente ............. $ | 796 al mes |
| | los 70 años, su pago sería aproximadamente ................................................ $ | 987 al mes |
| *Incapacidad | Si usted se incapacitara ahora, necesitaría 26 créditos de trabajo para recibir beneficios, y 20 de estos créditos tenían que ser ganados en los últimos 10 años. Su registro muestra que no tiene suficientes créditos en el periodo de tiempo adecuado. | |
| *Familia | Si usted recibe beneficios de jubilación o incapacidad, su cónyuge e hijos también pueden tener derecho a beneficios. | |
| *Sobrevivientes | Usted ha ganado suficientes créditos para que su familia reciba beneficios como sobrevivientes. Si usted fallece este año, ciertos miembros de su familia **podrían** tener derecho a los siguientes beneficios: | |
| | Su niño ............................................................................................................. $ | 789 al mes |
| | Su cónyuge que está cuidando a su niño ........................................................... $ | 789 al mes |
| | Su cónyuge cuando él o ella cumpla la plena edad de jubilación ..................... $ | 1,052 al mes |
| | Los beneficios totales de la familia no pueden exceder .................................... $ | 1,753 al mes |
| | Su cónyuge o niño menor de edad puede tener derecho a un pago global de beneficio por muerte de $255. | |
| Medicare | Usted ha ganado suficientes créditos para tener derecho a Medicare a los 65 años. Aunque no se jubile a los 65 años, asegúrese de comunicarse con el Seguro Social tres meses antes de cumplir los 65 años para inscribirse en Medicare. | |

*El cálculo de sus beneficios se basa en las leyes actuales. El Congreso de los Estados Unidos ha hecho cambios a estas leyes anteriormente y podría hacerlo de nuevo en cualquier momento. La ley que gobierna las cantidades de beneficios puede cambiar porque para el año 2041, los impuestos de nómina recaudados sólo serán suficientes para pagar aproximadamente 75 por ciento de los beneficios programados.
**Basamos los cálculos de sus beneficios en los siguientes hechos:**

Su fecha de nacimiento ......................................................... 23 de junio de 1960
Su cálculo de ganancias tributables anuales después de 2007 ................... Ninguna
Su número de Seguro Social (sólo mostramos los últimos
     cuatro dígitos para impedir el robo de identidad) ........................ XXX-XX-1827

## Cómo calculamos sus beneficios

Para tener derecho a beneficios, usted gana «créditos» a través de su trabajo —hasta un máximo de cuatro créditos por año. Por ejemplo, este año usted gana un crédito por cada $1,050 de salarios o ganancias de trabajo por cuenta propia. Cuando gane $4,200, habrá ganado los cuatro créditos del año. Para recibir beneficios por jubilación, la mayoría de las personas necesitan 40 créditos, ganados a lo largo de su vida laboral. Las personas jóvenes necesitan menos créditos para tener derecho a beneficios por incapacidad o para dejarle beneficios a sus sobrevivientes.

Revisamos su registro para ver si ha ganado suficientes créditos para tener derecho a beneficios. Si aún no ha ganado suficiente para tener derecho a algún tipo de beneficio, no podemos calcular la cantidad de su beneficio en este momento. Si continúa trabajando, calcularemos sus beneficios cuando obtenga derecho.

**Lo que suponemos** —Si usted tiene suficientes créditos de trabajo, calculamos la cantidad de sus beneficios usando el promedio de sus ganancias a través de su vida laboral. Suponemos que desde el 2008 en adelante (hasta su edad de jubilación), usted continuará trabajando y ganando aproximadamente lo mismo que ganó en el 2006 ó 2007. También incluimos los créditos que suponemos que ganó el año pasado y el año actual.

Por lo general, los cálculos de los trabajadores de mayor edad son más precisos que los cálculos de los trabajadores más jóvenes, porque se basan en un historial de trabajo más largo con menos incertidumbres, tales como fluctuaciones en las ganancias y futuros cambios en las leyes.

Estos cálculos se basan en el valor actual del dólar. Después que empiece a recibir beneficios, éstos serán ajustados para reflejar los cambios en el costo de vida.

No podemos proveer la cantidad exacta de sus beneficios hasta que los haya solicitado. **Esa cantidad puede ser diferente a los cálculos indicados previamente porque:**
   (1) Sus ganancias pueden aumentar o disminuir en el futuro.
   (2) El cálculo de su beneficio se basa en la ley actual.
      **Las leyes que regulan las cantidades de los beneficios pueden cambiar.**
   (3) La cantidad de su beneficio puede ser afectada por el **servicio militar, empleo ferroviario o pensiones ganadas a través de empleos en donde usted no pagó impuestos de Seguro Social.** A continuación hay dos ejemplos específicos. También puede visitar el sitio de Internet *www.segurosocial.gov/espanol/declaracion* para ver si esto afecta sus beneficios de Seguro Social.

**Ley de Eliminación de Ventaja Imprevista** —En el futuro, si usted recibe una pensión de un empleo en el cual no pagó impuestos de Seguro Social, tal como empleo por el gobierno federal, estatal o municipal, algunas compañías sin fines lucrativos o empleo en el extranjero, y también tiene derecho a sus propios beneficios de Seguro Social por jubilación o incapacidad, esos beneficios podrían ser reducidos, pero no eliminados, debido a esta ley. La cantidad de la reducción, si alguna, depende de sus ganancias, el número de años que pasó en trabajos en los cuales pagó impuestos de Seguro Social, y el año en que usted cumpla los 62 años de edad o se incapacite. Para informarse mejor, vea *Eliminación de ventaja imprevista* (publicación número 05-10945) en *www.segurosocial.gov/WEP*.

**Ley de Ajuste por Pensión del Gobierno** —Si usted recibe una pensión basada en trabajo por el gobierno federal, estatal o municipal en el cual no pagó impuestos de Seguro Social y tiene derecho, ahora o en el futuro, a beneficios de Seguro Social como un cónyuge actual o anterior, viuda o viudo, es probable que sea afectado por esta ley. Si la ley afecta su beneficio, el mismo será reducido por una cantidad igual a dos tercios de su pensión gubernamental, y puede ser reducido por completo. Aunque su beneficio sea reducido por completo, usted tendrá derecho a Medicare a los 65 años de edad en el registro de su cónyuge. Para informarse mejor, vea *Ajuste por pensión del gobierno* (publicación número 05-10907) en *www.segurosocial.gov/GPO*.

| Años que usted trabajó | Sus ganancias tributables de Seguro Social | Sus ganancias tributables de Medicare | Años que usted trabajó | Sus ganancias tributables de Seguro Social | Sus ganancias tributables de Medicare |
|---|---|---|---|---|---|
| 1976 | $ 837 | $ 837 | 1990 | $ 29,109 | $ 29,109 |
| 1977 | 310 | 310 | 1991 | 30,616 | 30,616 |
| 1978 | 565 | 565 | 1992 | 31,777 | 31,777 |
| 1979 | 471 | 471 | 1993 | 32,189 | 32,189 |
| | | | 1994 | 33,741 | 33,741 |
| 1980 | 488 | 488 | 1995 | 37,900 | 37,900 |
| 1981 | 1,274 | 1,274 | 1996 | 35,267 | 35,267 |
| 1982 | 607 | 607 | 1997 | 18,665 | 18,665 |
| 1983 | 50 | 50 | 1998 | 2,006 | 2,006 |
| 1984 | 0 | 0 | 1999 | 2,084 | 2,084 |
| 1985 | 0 | 0 | | | |
| 1986 | 0 | 0 | 2000 | 0 | 0 |
| 1987 | 0 | 0 | 2001 | 0 | 0 |
| 1988 | 12,398 | 12,398 | 2002 | 0 | 0 |
| 1989 | 26,291 | 26,291 | 2003 | 0 | 0 |
| | | | 2004 | 0 | 0 |
| | | | 2005 | 0 | 0 |
| | | | 2006 | 0 | 0 |
| | | | 2007 | Aún no ha sido registrado | |

El total de impuestos de Seguro Social y Medicare pagados durante su vida laboral, hasta el último año informado que aparece en la tabla arriba.

| Cálculo de impuestos pagados de Seguro Social: | | Cálculo de impuestos pagados de Medicare: | |
|---|---|---|---|
| Usted pagó: | $18,280 | Usted pagó: | $4,275 |
| Sus empleadores pagaron: | $18,280 | Sus empleadores pagaron: | $4,275 |

Nota: Usted actualmente paga 6.2 por ciento de su salario, hasta un máximo de $102,000 en impuestos de Seguro Social y 1.45 por ciento en impuestos de Medicare sobre su salario completo. Su empleador también paga 6.2 por ciento en impuestos de Seguro Social y 1.45 por ciento en impuestos de Medicare por usted. Si trabaja por cuenta propia, usted paga la cantidad combinada del empleado y del empleador, un 12.4 por ciento en impuestos de Seguro Social y 2.9 por ciento en impuestos de Medicare sobre sus ganancias netas.

# Ayúdenos a mantener la exactitud de su registro de ganancias

Usted, su empleador y el Seguro Social comparten la responsabilidad de mantener correcto su registro de ganancias. Desde que usted empezó a trabajar, registramos las ganancias informadas bajo su nombre y número de Seguro Social. Hemos actualizado su registro cada vez que su empleador (o usted, si trabaja por cuenta propia) nos ha informado sus ganancias.

Recuerde, son sus ganancias, no la cantidad de impuestos que usted pagó o el número de créditos que ha acumulado, lo que determina su cantidad de beneficios. Cuando determinamos esa cantidad, la basamos en el promedio de sus ganancias a través de su vida laboral. Si nuestros registros están incorrectos, es posible que usted no reciba todos los beneficios a los cuales tiene derecho.

**Revise esta tabla cuidadosamente** usando sus propios documentos para asegurarse que nuestra información esté correcta y que hayamos anotado todos sus años de trabajo. Usted es la única persona que puede saber si la tabla de ganancias está completa y correcta.

Es posible que no aparezcan todas sus ganancias **del año pasado** en su *Declaración* o que sólo aparezcan parte de ellas. Posiblemente todavía estábamos procesando el informe de ganancias del año anterior cuando se preparó su *Declaración*. El total de sus ganancias para el año anterior será mostrado en la *Declaración* del próximo año. **Nota:** Si usted trabajó para más de un empleador durante cualquier año, o simultáneamente tuvo ingresos de trabajo por cuenta propia, combinamos sus ganancias para ese año.

**Cada año hay un límite en la cantidad de ganancias sobre las que se pagan impuestos de Seguro Social.** Este límite aumenta anualmente, pero las ganancias sobre el límite no aparecerán en la tabla como ganancias de Seguro Social. (Para los impuestos de Medicare, la cantidad máxima de ganancias comenzó a aumentar en 1991. Desde 1994, **todas** sus ganancias son tributables para Medicare.)

**Llámenos inmediatamente** al **1-800-772-1213** (entre las 7 a.m. y las 7 p.m. hora local) si alguna ganancia **anterior al año pasado** está incorrecta. Por favor tenga disponible su W-2 o declaración de impuestos para esos años. (Si usted vive fuera de los Estados Unidos o Puerto Rico, siga las instrucciones al final de la página 4.)

# THRIFT SAVINGS PLAN
# PARTICIPANT STATEMENT

**EXHIBIT 3**

Page 1 of 2
For the period: 10/01/2007 – 12/31/2007

Please review this statement for accuracy, as the information in it is considered correct unless you notify us. To correct errors in contribution allocations and interfund transfers, contact the TSP at the ThriftLine number below. For all other corrections, contact your agency or service.

43167681721N PO 428475   18000009 01/08
0330329 00 SP 0.410 **SNGLP H  5104 00969   P30686 IN



ANGEL D. MORALES
URB MUNOZ RIVERA 28
BETANIA
GUAYNABO, PR 00969

Account Number: 0001720170964
Date of Birth: 06/23/1960
Retirement Coverage: FERS
Employment Status: Active
Beneficiary Designation: Yes, dated 11/22/2003
Service Required for Vesting: 3 years from 07/02/1988

## YOUR QUARTERLY ACCOUNT SUMMARY

| TSP FUNDS | Beginning Balance (10/01/07) | Contributions and Additions | Withdrawals and Deductions | Interfund Transfers | Change in Value from Previous Quarter | Ending Balance (12/31/07) |
|---|---|---|---|---|---|---|
| **Lifecycle Funds** | | | | | | |
| L 2030 | $84,465.38 | $0.00 | $0.00 | $0.00 | – $1,289.91 | $83,175.47 |
| **Individual Funds** | | | | | | |
| C Fund | $28.88 | $0.00 | $0.00 | $0.00 | – $0.97 | $27.91 |
| **Total** | $84,494.26 | $0.00 | $0.00 | $0.00 | – $1,290.88 | **$83,203.38** |

How your future contributions and loan payments were allocated as of 12/31/07:

**Individual Fund(s)**
C Fund          100%



How your ending balance is distributed among the funds
● L 2030     ● C Fund

How your ending balance was distributed as of 12/31/07 (see pie chart):

**Lifecycle Fund(s)**
L 2030          99%
**Individual Fund(s)**
C Fund          1%

TSP Web Site: www.tsp.gov
THRIFTLINE: 1-TSP-YOU-FRST (1-877-968-3778) • Outside the U.S. and Canada, call 404-233-4400
TDD: 1-TSP-THRIFT5 (1-877-847-4385)

0330329-0000001-0470629