# UNITED STATES DISTRICT COURT

FOR THE      DISTRICT OF      PUERTO RICO

ANGEL DAVID MORALES-VALLELLANES

**JUDGMENT IN A CIVIL CASE**

V.

UNITED STATES POSTAL SERVICE

Case Number:   97-2459(GAG/CVR)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
$300,000.00 IN COMPENSATORY DAMAGES
BACK PAY IN THE AMOUNT OF $64,504.00, PLUS INTEREST

APRIL 16, 2008
Date

FRANCES RIOS DE MORAN
Clerk

S/Yelitza Rivera-Buonomo
(By) Deputy Clerk