IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>    Plaintiff<br><br>        v.<br><br>UNITES STATES POSTAL SERVICE<br><br>    Defendant | CIVIL NO. 97-2459(CVR) |

**MOTION FOR ENLARGEMENT**

TO THE HONORABLE COURT:

    COMES NOW the defendant through the undersigned to respectfully request an enlargement until May 30, 2008 within which to file a motion under F.R.C.P. 50(b) and F.R.C.P. 59(a) and (e), respectively, to set aside the jury verdict and the back pay remedy awarded by this Court. (**D.E. 430 and 431**) The jury verdict is against the evidence presented at trial; it is against this Court's jury instructions and it is excessive. It should not stand. The undersigned is currently working other complex employment discrimination cases and needs the enlargement to adequately work in this motion.

    WHEREFORE, the defendant respectfully requests from this Court that it grant until May 30, 2008 within which to file his post-trial motion as hereinabove set forth.

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

will send notification of such filing to the following: Miguel Miranda, Esq.

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 22nd day of April, 2008.

                                      ROSA EMILIA RODRIGUEZ-VELEZ
                                      United States Attorney

                                      *S/Fidel A. Sevillano Del Río*
                                      Fidel A. Sevillano Del Río
                                      Assistant United States Attorney
                                      U.S.D.C.-P.R. No. 117812
                                      Torre Chardón, Suite 1201
                                      350 Chardón Street
                                      San Juan, Puerto Rico 00918
                                      Telephone:  (787) 766-5656
                                      Fax      :  (787)-766-6219