US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 2
LONDON, KY 40742-8300

Exhibit-1

# United States Department of Labor
### Division of Federal Employees' Compensation

# BENEFIT STATEMENT



ANGEL D MORALES
BETANIA 28 ST  URB MUNOZ RIVERA
GUAYNABO         PR 00969

US DEPT OF LABOR, OWCP
PO BOX 8300 - DISTRICT 2
LONDON, KY 40742-8300

| | | | |
|---|---|---|---|
| Case Number: | 02-0726438 ← ITEM-1 | Gross Compensation: | 2,311.00 |
| Social Security Number: | 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 | Less Deductions: | 83.98 |
| Date of Injury: | 96/08/21 | Intermittent Hours Lost: | .00 |
| Pay Type: | 1 | Overpayments: | .00 |
| Check Date: | 07/10/26 ← ITEM-2 | Other Payees: | .00 |
| Period Paid: | 07/09/30 To: 07/10/27 | Net Check Amount: | 2,227.02 |
| Pay Rate: | 685.12 | Agency Health Insurance Cost: | 213.04 |
| Comp Rate: | .6667 | Health Insurance Code: | 891 |
| Life Insurance | 12.98 | From:  07/09/30  To:  07/10/27 | |

# NOTICE TO RECIPIENTS

METHOD OF PAYMENT   If you are receiving payment by electronic fund transfer (EFT), the payment shown above has already been made to your financial institution.  Otherwise, the check is enclosed.

ADDRESS CHANGE   If you move or otherwise change your mailing address or your check mailing address (such as a bank or credit union), advise OWCP right away in writing of the new address.

CORRESPONDENCE   Include your OWCP file number on all letters you send to OWCP.

DEPENDENTS   For recipients of payments for disability or schedule award (pay type 1 or 9, as shown above):  If you have one or more dependents, you are entitled to compensation at the augmented rate of 75%, rather than 66 2/3 percent, of your pay rate.  (Questions as to who qualifies as a dependent should be directed to the OWCP District Office handling your claim.) Events such as birth, death, marriage, divorce, separation, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

EMPLOYMENT   For recipients of payments for disability (pay type 1, as shown above): To avoid an overpayment of compensation,  advise  OWCP  right away when you return to full-time or part-time  work with either a government or private employer (including self-employment.)  Return to OWCP any compensation checks received after you go back to work. State the full name and address of your employer; the date employment began; the rate of pay and number of hours worked per week; and a description of the employment.

SURVIVORS   For recipients of payments for death benefits (pay type 7, as shown above):  If it has not already done so, OWCP  will advise you in detail of each survivor for whom death benefits are payable, and the percentage of salary payable for each. (Questions as to who qualifies as a survivor should be directed to the OWCP District Office handling your claim.) Events such as birth of a posthumous child, death, remarriage, or youngest child reaching age 18 may affect your compensation and should be reported to OWCP right away.

003888

03888020726438



U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
NEW YORK  NY 10014-0566

November 6, 1997

PHONE: (212) 337-2075

FILE NUMBER:   020726438   → ITEM-1
DATE OF INJURY: 08/21/1996
EMPLOYEE:    ANGEL MORALES

ANGEL D. MORALES
BETANIA 28 ST  URB MUNOZ RIVERA
GUAYNABO, PR 00969

Dear Mr. Morales:

This is to notify you that your occupational disease claim has been accepted for the condition(s) of:

Diagnosed condition(s):  Dysthemic Disorder

Lost time from work may be claimed by filing Form CA-7.  After the CA-7, later periods of disability may be claimed by filing Forms CA-8.  Any claim for lost wages must be submitted through your employing agency.  They will complete the pay rate information and prepare a day-by-day absence analysis showing your pay status during the period(s) claimed.

If you have any questions regarding your claim you may contact me at the above address.

Sincerely,


Teri Friend
Claims Examiner


US POSTAL SERVICE
SAN JUAN MGT SECT CNTR
CARIBBEAN DISTRICT
BOX 3367 MAIN POST OFFICE
SAN JUAN, PR 00936



Enclosure: "Guide for Claimants" containing useful information