IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES,<br>Plaintiff,<br><br>v.<br><br>JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,<br>Defendants. | CIVIL NO. 97-2459 (GAG)(CVR)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT |

**MOTION FOR EXTENSION OF TIME TO**

**FILE A RESPONSE TO DEFENDANT'S MOTION UNDER FEDERAL**

**RULES OF CIVIL PROCEDURE 50(a) and (e)**

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff, Angel David Morales-Vallellanes, through the undersigned attorneys, very respectfully inform this Honorable Court:

1. Last Friday May 30th 2008 Defendant USPS filed a sixty (60) page motion under Rule 50(a) and (e) in the above captioned case.

2. The undersigned attorney has several hearings and a trial during this month and will take a ten (10) day vacation at the beginning of July.

3. The appearing party respectfully request until Wednesday July 23, 2008 a fifty (50) days term to file Plaintiff's response.

**WHEREFORE**, it is respectfully requested from this Honorable Court to authorize Plaintiff a fifty (50) days term until Wednesday July, 23, 2008 to file his response.

**RESPECTFULLY SUBMITTED.**

1

**I HEREBY CERTIFY** that on June 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

S/MIGUEL E. MIRANDA-GUTIERREZ
**MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
ATTORNEY FOR PLAINTIFF
PO Box 192271
San Juan, Puerto Rico 00919-2271
TEL: (787) 282-0022
FAX: (787) 753-7655