IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES<br><br>    Plaintiff<br><br>    v.<br><br>UNITES STATES POSTAL SERVICE<br><br>    Defendant | CIVIL NO. 97-2459(CVR) |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

TO THE HONORABLE COURT:

   COMES NOW the defendant through the undersigned attorneys and, pursuant to Local Rule 7.1(c) moves the Court for leave to file the reply brief at Attachment "A" hereto, to Plaintiff's Response in Opposition at **D.E. 441**.

   WHEREFORE, the appearing party respectfully requests leave to file his reply to plaintiff's response in opposition as set forth above.

   I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Miranda, Esq.

Angel David Morales-Vallellanes v. USPS
Civil No. 97-2459(GAG)
Page 2

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 31st day of July, 2008.

                                    ROSA EMILIA RODRIGUEZ-VELEZ
                                    United States Attorney

                                    *S/Fidel A. Sevillano Del Río*
                                    Fidel A. Sevillano Del Río
                                    Assistant United States Attorney
                                    U.S.D.C.-P.R. No. 117812
                                    Torre Chardón, Suite 1201
                                    350 Chardón Street
                                    San Juan, Puerto Rico 00918
                                    Telephone:  (787) 766-5656
                                    Fax       :  (787)-766-6219