AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES-VALLELLANES | **AMENDED JUDGMENT IN A CIVIL CASE** |
| V. | |
| UNITED STATES POSTAL SERVICE | Case Number:    97-2459(GAG/CVR) |

X **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
$300,000.00 IN COMPENSATORY DAMAGES
BACK PAY IN THE AMOUNT OF **$115,302.00**, PLUS INTEREST.


SEPTEMBER 8, 2008                                                    FRANCES RIOS DE MORAN
Date                                                                              Clerk

                                                                                    S/Yelitza Rivera-Buonomo
                                                                                    (By) Deputy Clerk