IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL DAVID MORALES VALLELLANES,<br>Plaintiff,<br><br>v.<br><br>JOHN POTTER, UNITED STATES POSTMASTER GENERAL, ET ALS.,<br>Defendants. | CIVIL NO. 97-2459 (GAG)(CVR)<br><br>DAMAGES BASED ON RETALIATION AND DISCRIMINATION; PROHIBITED PERSONNEL PRACTICES; UNFAIR LABOR PRACTICES; BREACH OF COLLECTIVE BARGAINING AGREEMENT |

**MOTION REQUESTING CORRECTION TO OPINION AND ORDER DOCKET 447**

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff, Angel David Morales-Vallellanes, through the undersigned attorney, very respectfully request correction to this Honorable Court Opinion and Order D.E. 447.

This Honorable Court granted in part Plaintiff's Motion to Partially Set Aside D.E. 436. However, this Honorable Court wrongfully quoted said Plaintiff motion as docket 440 instead of 436, which is the correct one. This mistake is reflected on page 2 paragraphs 2 and 3 also on page 18 paragraphs 2 and 3 of Opinion and order D.E. 447. In addition, this mistake is also reflected in the docket list for this case (see 08/27/2008 summary for D.E. 447).

**WHEREFORE,** it is respectfully requested from this Honorable court to correct said

1

docket references.

**RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Fidel A. Sevillano-Del Río, Esq.**, Assistant U.S. Attorney, Federico Degetau Federal Build., 150 Carlos Chardón Av., Hato Rey, Puerto Rico 00918.

                                                                    S/MIGUEL E. MIRANDA-GUTIERREZ
                                                                    **MIGUEL E. MIRANDA-GUTIERREZ, ESQ.**
                                                                    ATTORNEY FOR PLAINTIFF
                                                                    PO Box 192271
                                                                    San Juan, Puerto Rico 00919-2271
                                                                    TEL: (787) 282-0022
                                                                    FAX: (787) 753-7655